



# MEMORANDUM

DATE _____

FROM: JAIME A. RIOS
       SUPREME COURT JUSTICE
       125-01 QUEENS BOULEVARD
       KEW GARDENS, N.Y. 11415

TO:

791-1000

HOTIES

REpent before
it is Too late.

MAY

Luis +
Linda Reza
457 6300
7/28/96

Yale Univ

Title Lawyers

Judy Birthday / Misk Lab

Joe Misk Dinner
10 - Crown Plaza Hotel
Reg: Laza
457 - 6300

Justin B-Pm

Fordham

Lara Game + Ceremony at School

Country Dinner 2 Tickets @ 300

Luis Rodriguez
1 Pm - Lunch

HoNo Ba Assoc

Danny's Rest

Fordham 90

Donald Concert

6 Pm Puerto Rico

Monday 9am Freebell 368
2 Pm - Flatau

Ven/ To Rico

Juilet 7 — 16 - Sun
K-2 pm

June / Lafuente

For _JR_

Date _5/17_ Time _3⁴⁵_

## WHILE YOU WERE OUT

M _Virginia Schendler_

From _____

Phone No. _718-638-6020_

Area Code     Number     Extension

| | | | |
|---|---|---|---|
| TELEPHONED | | URGENT | |
| PLEASE CALL | ✓ | WANTS TO SEE YOU | |
| WILL CALL AGAIN | | CAME TO SEE YOU | |
| RETURNED YOUR CALL | | | |

Message

_re: Bi-lingual job_

Operator



# 13

## Thursday
## June
## 1996



MERYL

Monday

Lemon Tree
5PM

| May | | | | 1996 | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

| June | | | | 1996 | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

| July | | | | 1996 | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

165

Thursday, June 13

201

CASA MEMORANDUM

DATE _____

FROM: JAIME A. RIOS
      SUPREME COURT JUSTICE
      125-01 QUEENS BOULEVARD
      KEW GARDENS, N.Y. 11415

*merch 896 7468*

TO:

~~Danielle~~ 6PM / 6PM

~~MOTHER~~

~~xxxxxxxxxxxxxxxxxxxxxxxx~~

Hair          5PM

Century 21
Dry Cleaner – Shirt

Snacks for Trip

Princeton Review

# 1996 CALENDAR

| | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| | 8 | 9 | 10 | 11 | 12 | 13 |
| | 15 | 16 | 17 | 18 | 19 | 20 |
| | 22 | 23 | 24 | 25 | 26 | 27 |
| | 29 | 30 | 31 | | | |

HON HON HON

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| **JUL** | | 1 183 | 2 184 | 3 185 | 4 186 | 5 187 | 6 188 |
| | 7 189 | 8 190 | 9 191 | 10 192 | 11 193 | 12 194 | 13 195 |
| | 14 196 | 15 197 | 16 198 | 17 199 | 18 200 | 19 201 | 20 202 |
| | 21 203 | 22 204 | 23 205 | 24 206 | 25 207 | 26 208 | 27 209 |
| | 28 210 | 29 211 | 30 212 | 31 213 | | | |

HAWAII

| | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| | 1 32 | 2 33 | 3 34 | | |
| | 6 37 | 7 38 | 8 39 | 9 40 | 10 41 |
| | 13 44 | 14 45 | 15 46 | 16 47 | 17 48 |
| | 20 51 | 21 52 | 22 53 | 23 54 | 24 55 |
| | 27 58 | 28 59 | 29 60 | | |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| **AUG** | | | | 1 214 | 2 215 | 3 216 | |
| | 4 217 | 5 218 | 6 219 | 7 220 | 8 221 | 9 222 | 10 223 |
| | 11 224 | 12 225 | 13 226 | 14 227 | 15 228 | 16 229 | 17 230 |
| | 18 231 | 19 232 | 20 233 | 21 234 | 22 235 | 23 236 | 24 237 |
| | 25 238 | 26 239 | 27 240 | 28 241 | 29 242 | 30 243 | 31 244 |

| | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| | | | 1 61 | 2 62 | |
| | 5 65 | 6 66 | 7 67 | 8 68 | 9 69 |
| | 12 72 | 13 73 | 14 74 | 15 75 | 16 76 |
| | 19 79 | 20 80 | 21 81 | 22 82 | 23 83 |
| | 26 86 | 27 87 | 28 88 | 29 89 | 30 90 |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| **SEP** | 1 245 | 2 246 | 3 247 | 4 248 | 5 249 | 6 250 | 7 251 |
| | 8 252 | 9 253 | 10 254 | 11 255 | 12 256 | 13 257 | 14 258 |
| | 15 259 | 16 260 | 17 261 | 18 262 | 19 263 | 20 264 | 21 265 |
| | 22 266 | 23 267 | 24 268 | 25 269 | 26 270 | 27 271 | 28 272 |
| | 29 273 | 30 274 | | | | | |

| | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| | 1 92 | 2 93 | 3 94 | 4 95 | 5 96 | 6 97 |
| | 8 99 | 9 100 | 10 101 | 11 102 | 12 103 | 13 104 |
| | 15 106 | 16 107 | 17 108 | 18 109 | 19 110 | 20 111 |
| | 22 113 | 23 114 | 24 115 | 25 116 | 26 117 | 27 118 |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| **OCT** | | | 1 275 | 2 276 | 3 277 | 4 278 | 5 279 |
| | 6 280 | 7 281 | 8 282 | 9 283 | 10 284 | 11 285 | 12 286 |
| | 13 287 | 14 288 | 15 289 | 16 290 | 17 291 | 18 292 | 19 293 |
| | 20 294 | 21 295 | 22 296 | 23 297 | 24 298 | 25 299 | 26 300 |



2/12 - 2/17 $37⁹⁹

AARP   18% 31¹⁵   ECONOMY
OR
Gov't

HERTZ (800)   2DR conf# 98861945BC
                                        6
AVIS  3311212
(800)   conf 1929301944 @ 131³⁶

MERYL 8967468

Budget: $125⁶⁴ AARP
Conf 2382378455
economy -

5 (131³⁶

ALAMO → 1WK → AARP 5% Cavilier 24⁶⁷
       $12345 + TAX + such   140⁵⁸ +
5 | 96 | 21 [ WEST TERMINAL ]      such,
                                        + Tax

Supreme Court
of the
State of New York



JAIME A. RIOS
JUSTICE

CHAMBERS
125-01 QUEENS BLVD.
KEW GARDENS, NEW YORK 11415

June 5, 1998

Honorable Nan Weiner
Executive Director
Governor's Judicial Committee
633 Third Avenue - 38th Fl.
New York, New York  10017

Dear Ms. Weiner:

Please be advised that I withdraw my application for the position of Associate

Justice - Appellate Division First Department.

Thank you for your past consideration and courtesy.

Yours truly,

Justice Jaime A. Rios

JAR/sn

cc:  James F. Gill, Esq.

## THE QUEENS COUNTY COMMITTEE TO PROMOTE PUBLIC TRUST
## AND CONFIDENCE IN THE LEGAL SYSTEM MEETING -MONDAY, MAY 15, 2000

| NAME (PLEASE PRINT) | SIGNATURE | ORGANIZATION | TELEPHONE NUMBER |
|---|---|---|---|
| KENNETH BUETTNER | | York Ladder inc | 718-784-6666 |
| JOEL HARAVAY | Joel Harvay | FK LANE H.S. | 718 647-2100 X 2500 |
| LUCY C. NUNZIATO | Lucy C. Nunziato | Queens CHAMBA | 718 898-8500 |
| Cristine Briglio | | Briglio Const | 718 428 4500 |
| STEVE EAGAR | S. Eagar | TriBoro Coach | 718-335-1000 |
| Evelyn Frazee | Evelyn Frazee | Statewide PT+C Comm. | (716) 428-2480 |
| William P. Thayer | William P. Thayer | 2D Chair t PTT center | 418-722-1035 |
| ARTHUR W LONSCHEIN | Arthur Lonschein | Sup. Ct. Queens | 718-520-3760 |
| Patricia P. Satterfield | Patricia Satterfield | Sup. Ct. Queens | 718-520-3584 |
| SIDNEY LEVISS | Sidney Leviss | Sup Ct Q'ns | 718-520-3133 |
| Robert T. Johnson | Robert T L. Johnson | Surrogate Court | 718 520-3111 |
| Edwin Kassoff | Edwin Kassoff | Appellate Term - Supreme | 718 520 3741 |
| Michael Reich | Michael Reich | Manton Sweeney Gallo Reich & Bolz LLP | 718 459-9000 |
| Frank Bolz | Frank Bolz | Manton + Sweeney Gallo Reich & Bolz | 718-459-9000 |
| CHRISTOPHER RENFROE | Christopher Renfroe | RENFROE & QUINN | 718-575-8552 |
| Spiros Tsimbinos | Spiros Tsimbinos | AMY Queens Bar | 718 849-3599 |

**THE QUEENS COUNTY COMMITTEE TO PROMOTE PUBLIC TRUST
AND CONFIDENCE IN THE LEGAL SYSTEM MEETING -MONDAY, MAY 15, 2000**

| NAME (PLEASE PRINT) | SIGNATURE | ORGANIZATION | TELEPHONE NUMBER |
|---|---|---|---|
| Allan Weiss | | Supreme Queens | 520-4729 |
| Frederick D. R. Sampson | FDR Sampson | Supreme QUEENS | 520-3903 |
| Gloria D Bruce | | County Clerk | 520-3130 |
| Seymour James, Jr. | | The Legal Aid Society | 286-2020 |
| Cristine Briuglio | | Briuglio Const. | 718 4284500 |
| Tony J Previte | | Previte Frevite Rolen, Esq. | 718-459-5700 |
| STEPHEN EAGAR | | Triboro Coach | 718.335.1000 |
| JOSEPH FARBER | | Does Chamber Commerce Previte FARBER Rolen | 718 459 5400 |
| Hon. Seth A. Milano | | Justice Supreme Ct. | 718 520-3743 |
| KLAUS EPPLER | Klaus Eppler | Statewide Trust and Confidence Committee Proskauer Rose LLP | (212) 969-3245 |
| Amy Vance | | OCA | (212) 428-2165 |
| Arlene Hackel | Hackel | OCA | (212) 428-2501 |
| Karen Koslowitz | Karen Koslowitz | Council Member | (718) 544-3212 |
| Matthew Farrell | Matthew Farrell | Council Member Koslowitz office | (718) 544-3212 |
| DOMINICK CIAMPA | | CIAMPA ORGANIZATION | 718-939-4888 |
| JAIME RIOS | | Sup C1 | 5207144 |

## JAC MEETING - MONDAY - MAY 15TH

| | | | |
|---|---|---|---|
| 1 | Hon. Judith S. Kaye ✓ | 33 | Hon. Evelyn Frazee |
| 2 | Hon. John McLane | 34 | Hon William C Thompson |
| 3 | Hon. Seymour Rockes (NO) | 35 | Kenneth Drew |
| 4 | Hon. Allan Weiss | 36 | Seymour James |
| 5 | Hon. Mary Ellen Fitzmaurice | 37 | Hon Patricia Satterfield |
| 6 | Kenneth Buettner | 38 | Hon. Jaime Rios |
| 7 | Hn Frank A. Boltz | 39 | Hon. Frederick D.E. Sampson |
| 8 | Michael Reict | 40 | Hon. Karen T. Eng. ✓ |
| 9 | Amy Vance | | |
| 10 | Stephen Eagar | | |
| 11 | Seymour James | | |
| 12 | ~~Amy Vance~~ | | |
| 13 | Gloria D'Amico | | |
| 14 | Councilman Morton Povman | | |
| 15 | Hon Ann T Pfau | | |
| 16 | Jeffrey Lawine | | |
| 17 | Judge Lichter | | |
| 18 | Mr. Donohue – Con Ed | | |
| 19 | Judge Kassoff | | |
| 20 | Christopher Renfroe | | |
| 21 | George Rozmesky | | |
| 22 | Judge Leach | | |
| 23 | Joseph Farber | | |
| 24 | Joseph Previte | | |
| 25 | Hon Arthur W. Lonschein | | |
| 26 | Donnie Ciampa | 3_ | Stphnie Zapp |
| 27 | Anna | 30 | Tony |
| 28 | Audrey | 31 | Lucy Nunziato |
| 29 | Judge Fisher | 32 | Christine Brancato |

J.A.C. MEETING - MONDAY, MAY 15, 2000

22.   JEFFREY LEVINE

23.   ROBERT W. DONOHUE

24.   CHRISTOPHER RENFOE, ESQ.

25.   GEORGE ROZMSKY

26.   JOSEPH FARBER

27.   JOSEPH PREVITE

28.   DOMINIC CIAMPA

29.   STEPHANIE ZARO

30.   LUCY NUNZIATO

31.   CHRISTINE BRGUGLIO

32.   KENNETH DREW

33.   FRANK A. BOLTZ

34.   KENNETH BUETTNER

35.   AUDREY LEVINE, ESQ.

36.   ANTHONY D'ANGELIS





STATE OF NEW YORK
**UNIFIED COURT SYSTEM**
25 BEAVER STREET
NEW YORK, NEW YORK 10004
(212) 428-2160

JONATHAN LIPPMAN
Chief Administrative Judge

MICHAEL COLODNER
Counsel

## MEMORANDUM

November 6, 2002

TO:       State-paid Judges and Nonjudicial
          Employees of the Unified Court System

FROM:     Michael Colodner

SUBJECT:  Lawsuits against judges and court employees
          for money damages

From time to time both judges and nonjudicial employees of the Unified Court System are named in lawsuits seeking money damages based upon acts performed in the course of their service with the courts. When these lawsuits are brought, there are important steps that must be taken by judges and nonjudicial employees in order to secure indemnification and legal representation. This memorandum is a periodic reminder of these steps.

Section 17 of the Public Officers Law provides that the State will indemnify any State "employee" in the amount of any money judgment obtained against the employee pursuant to a lawsuit in any state or federal court. Indemnification will be given where the act upon which the judgment is based occurred while the employee was acting within the scope of his or her public employment or duties, and where the act was not the result of intentional wrongdoing on the part of the employee. All judges and nonjudicial court employees, other than town or village justices and employees of town or village courts, are considered to be "employees" within the meaning of section 17 and are covered by this indemnification provision. We refer to judges as "employees" in this memorandum and in this connection only for purposes of the application of section 17.

Section 17 further provides that the Attorney General must represent any State employee sued for money damages if the employee was acting within the scope of

State-paid Judges and Nonjudicial
Employees of the Unified Court System

Lawsuits against judges and . . .
Page - 2 -

his or her public employment or duties.  The employee may retain private counsel and will
be reimbursed by the State for reasonable attorney's fees and expenses only if the Attorney
General refuses to represent an employee otherwise entitled to representation.

However, there are strict procedures required by section 17 that must be met
to secure the right to indemnification and the right to representation.  Judges and court
employees who are served with legal papers requesting money damages must deliver either
the original or a copy to the Attorney General, or any Assistant Attorney General, within
five days after they are served with such documents and request representation.  If there
is any question concerning proper service or the procedure for accepting service, it should
be raised immediately with the Attorney General's office by telephone.  Counsel's Office
is available to help in any way that it can to ensure that representation is obtained.

Legal papers should be delivered to The Attorney General of the State of
New York, Department of Law, at any of the following offices:

## MAIN OFFICES

The Capitol
Albany, New York 12224
(518) 474-8370

120 Broadway, 24th Fl.
New York, New York 10007
(212) 416-8610

## BRANCH OFFICES

44 Hawley Street, 17th Fl.
Binghamton, New York 13901
(607) 721-8771

Statler Towers
107 Delaware Avenue, 4th Fl.
Buffalo, New York 14202
(716) 853-8400

300 Motor Parkway, Suite 205
Hauppauge, New York 11788
(631) 231-2424

200 Old Country Road, Suite 460
Mineola, New York 11501
(516) 248-3302

163 W. 125th Street, 13th Fl.
New York, New York 10027
(212) 961-4475

70 Clinton Street
Plattsburgh, New York 12901
(518) 562-3288

235 Main Street, 3rd Fl.
Poughkeepsie, New York 12602
(914) 485-3900

Court Exchange Building
144 Exchange Boulevard
Rochester, New York 14614
(585) 546-7430

State-paid Judges and Nonjudicial
Employees of the Unified Court System

Lawsuits against judges and . . .
Page - 3 -

615 Erie Boulevard West, Suite 102
Syracuse, New York 13204
(315) 448-4800

207 Genesee Street, Rm. 508
Utica, New York 13501
(315) 793-2225

317 Washington Street
Watertown, New York 13601
(315) 785-2444

101 E. Post Road
White Plains, New York 10601
(914) 422-8755

In any event, please give notice of the lawsuit to Counsel's Office, Office of Court Administration, 25 Beaver Street, New York, New York 10004, within five days of service of legal papers so that we can be of assistance to the Attorney General in every appropriate way.

Judges and court employees served with lawsuits seeking relief other than for money damages should handle the legal papers as follows:

(a)  Lawsuits against judges or court employees seeking relief relating to the administration of the courts should be sent immediately to Counsel's Office, Office of Court Administration, 25 Beaver Street, Room 1170, New York, New York 10004, and Counsel's Office simultaneously should be notified by telephone [(212) 428-2160].

(b) Lawsuits against judges for acts in their judicial capacities should be sent to the Attorney General for representation to the offices indicated above, with a copy sent to Counsel's Office to permit us to be of assistance to the Attorney General. You should be aware that judges are not required to appear and defend suits brought against them in their judicial capacities under Article 78 of the CPLR by parties to a pending action or proceeding unless ordered to do so by the court in which the proceeding is brought.  CPLR 7804(i).  Where no appearance is made, the Attorney General will serve a notice of non-appearance.

If you have any questions about these procedures, or about representation and indemnification in general, please feel free to contact Counsel's Office.

hm

# Weekly Schedule

## February 2003

## Week 8

| | |
|---|---|
| **26 Wednesday**<br>Jewish Heritage NY Mtg w/Susie - Rm. 213<br>(9:30 AM - 10:30 AM)<br>Mtg w/Judge Fisher - Kew Garden Court House - Re: Youth Court Issues<br>(10:30 AM - 11:30 AM)<br>HOLD for City Council Mtg.<br>(12:50 PM - 4:20 PM)<br>[HOLD]Council Mtg w/Avella - Re: CB #7 & 11 - KK's Ofc. - WB<br>(4:00 PM - 5:00 PM)<br>[FYI]CB #6 Mtg @ Kew Gardens Community Cntr, 80-02 Kew Gardens Rd<br>(7:45 PM - 8:45 PM) | |

**23 Sunday**

**27 Thursday**
Jackson Heights Elmhurst Kehillah Breakfast Mtg of Elected officials
(9:00 AM - 10:00 AM)
Council Mtg w/Addabbo - Re: CB #9, 10 &14 - KK's Ofc - WB
(9:30 AM - 10:30 AM)
Council Mtg w/Gennaro - Re: CB #6, 7 & 8 - KK's Ofc - WB
(10:30 AM - 11:30 AM)
Yoswein Dev Mtg - Re: Phelps Dodge Redev
(1:30 PM - 2:30 PM)
Dominick Bruccolieri - Re: Ft. Totten REstaurant Issue
(2:00 PM - 3:00 PM)
Council Mtg w/Monserrate - Re: CB #3 & 4 - KK's Ofc - WB
(3:00 PM - 4:00 PM)
[KK WNA]War Room Mtg - Re: Capital Budget
(3:30 PM - 4:30 PM)

**24 Monday**
Council Mtg w/Vallone, Jr.'s Chief of Staff Mahaltses - Re: CB #1 & 3 - KK
(10:00 AM - 11:00 AM)
Councilman Sanders - Re: District Budget Needs
(10:30 AM - 11:30 AM)
Eric Gioia w/Mayor - Rescheduled Mtg because of manhold fire
(12:00 PM - 1:00 PM)
BP's Luncheon - AR
(1:15 PM - 2:15 PM)
Council Mtg w/Gioia - Re: CB 1, 2, 4, 5 Application
(3:00 PM - 4:00 PM)
Council Mtg w/Sears - Re: CB #2, 3, 4 & 6 - KK's Ofc - WB
(4:15 PM - 5:15 PM)

**28 Friday**
[FYI]Breakfast w/115th Comm Council - Holiday Inn Crown Plaza
(8:00 AM - 9:00 AM)
Council Mtg w/Katz - Re: CB #4, 5, 6 & 9 - KK's Ofc - WB
(10:00 AM - 11:00 AM)
Council Mtg w/Comrie - Re: CB #12 & 13 - KK's Ofc - WB
(11:00 AM - 12:00 PM)
Council Mtg w/Weprin - Re: CB#8,11, 12 & 13 - KK's Ofc - WB
(1:00 PM - 2:00 PM)
David Berke Mtg. re: Queens Blvd. Devel - IP/GL/TC
(2:00 PM - 3:00 PM)
[FYI]African Amer Her Month - BP Welcoming - Annual Event
(6:30 PM - 7:30 PM)

**25 Tuesday**
Port Auth Airtrain Beautification
(10:00 AM - 11:00 AM)
Office Opening w/Dina Improta, Dept Consumer Affairs Enforcement Office
(10:30 AM - 11:30 AM)
Mtg w/FDNY/Parks - Re: Ft. Totten
(11:30 AM - 12:30 PM)
NYC Sports Comm Mtg - Re: 5 Boro Race
(2:00 PM - 3:00 PM)

[FYI]Dinner Fundraiser Qns Cntr for Progress
(7:00 PM - 8:00 PM)

**1 Saturday**

[FYI]College Fair - St. Albans Church - BP Guest Speaker
(11:00 AM - 12:00 PM)

[FYI]Annual Luncheon: East Elmhurst Corona Civic
(1:30 PM - 2:30 PM)

 # Memo

| | |
|---|---|
| **To:** | All Queens Law Secretaries |
| **From:** | Richard Lazarus, |
| | Queens Delegate to the Citywide Association of Law Secretaries |
| **Date:** | May 13, 2003 |
| **Subject:** | Immediate Concerns of Job Security |

**The following represents the personal opinion of Richard Lazarus, only, and does not necessarily represent the position of the Citywide Association of Law Secretaries or the other members of the Queens Delegation:**

Dear Colleagues:

In my recent e-mail I reported to you that job security was a major concern of the Law Secretarys' Association. Law Secretaries serve at the pleasure of their Judge, without any civil service protection. At the end of the Judge's term or the termination of the relationship as a result of the Judge's displeasure with the Law Secretary, that Law Secretary becomes unemployed. This has been a big issue in the other four counties of the City. Every year there are unemployed Law Secretaries looking for work at the end of their Judge's term. I will refer to this situation with the term "displaced Law Secretaries". The Association and our counsel have spent considerable time and effort trying to find work for these displaced Law Secretaries.

Because of the unique political climate of this particular County, job security has not been an issue for Queens Law Secretaries. Traditionally, upon the expiration of a Judge's term, that Judge's Law Secretary could be confident that a new Law Secretary position could be found. This Queens job security was as a result of political party affiliation and not as a result of any policy of our employer. Queens County Administrative Judges have also been helpful, but their powers are extremely limited, in this regard. One of the reasons that political influence has been so successful at providing job security is that there has, to the best of my recollection, never been a turnover of more than a few Law Secretaries at any one time. This year might be different.

You are undoubtedly aware that OCA has announced a new policy concerning certification of Judges who have reached the mandatory retirement age of 70 years. Previously, if the Judge was in reasonably decent physical condition, that Judge was virtually assured of certification. OCA has now announced that because of budgetary shortfalls, certification of Judges may well be denied. OCA has already made good on this new policy and at the end of last year, declined to certify one

or more Judges. That declination resulted in Law Secretaries being out of a job.

A meeting of the LSA Board was held last night. It was reported that in Queens County there will be 10 Judges up for certification at the end of this year. This is only an estimate and the exact number has not been exhaustively researched. Five Judges will be reaching 70 years of age and an additional five will be up for recertification. That equates to ten Law Secretaries in immediate jeopardy because there may be ten less positions available than there were at the beginning of the year. Although there will be five new elected Justices, who will likely choose five of the displaced Law Secretaries, that still leaves a net loss of five jobs. Factor in additional Law Secretaries that are looking to move to a different Judge and you may well have more Law Secretaries than the usual political machinery can place.

This is a new situation which Queens Law Secretaries have not previously faced. The Association, has been reasonably successful in finding positions for small numbers of displaced Law Secretaries, in the past. However, if a large number of Judges are not certified, the large number of displaced Law Secretaries will overwhelm the ability of the Association to place them. Likewise, the usual Queens political machinery may also be overwhelmed.

Accordingly, there is an added urgency to the Association negotiating some sort of job security with OCA. This could be achieved by some sort of assurance that a displaced Law Secretary would be reassigned to the Law Department or a continuation of that Law Secretary's salary line and being placed in a different legal position or being hired for some other legal position on a different salary line.

Our quest for job security may impact upon OCA's desire for legal title salary unification as well as our quest for reclassification to a higher salary line and the quest for creation of a Magistrate's position. I feel it best not to discuss specifics via e-mail.

On June 2, 2003 there will be a meeting of Queens County Law Secretaries. The meeting was called initially to conduct an election to fill the vacancy created by Diccia's judicial election. Now that the issue of job security may have become a more immediate concern to all Queen's Law Secretaries, this meeting will be a good opportunity for you to ask questions about what the Association is doing and to present your opinions on the issue of job security as well as other issues.

Again, I would encourage your participation in Association activities. There is still time to submit your name for inclusion on the ballot. If you believe that there is room for improvement in your career as a Law Secretary, then I heartily encourage you to run for election as a Queens Representative to the Board. Please contact either Len, Pete or myself regarding your desire to run for election and whether you will be attending the meeting.

Sincerely,
RICHARD LAZARUS
Queens County Representative

05/31/2004 TUE 14:21 FAX                                                    ☑001

# QUEENS SUPREME COURT - JAMAICA

13th TERM FROM: DEC. 1, 2003   TO: JAN. 2, 2004
**MAJOR:** Robert W. Gardner (Unit 1)
**CAPTAIN:** John J. Fulton (Unit 2)
**LIEUTENANTS:** Lawrence E. Sullivan (U-3)
Lynne Franzone (U-17)

Date __DEC 1 1 2003__                                      Day: _Thurs_

0730 Supervisor: _____

0600 x 0900 SCO _Tucker_ - North Gate

SCO _Berdenberder_ Patrol

Closing Supervisor: SGT. JAMES ALFIERI

1700 x 2200 SCO _Gilbert_ SCO _Berdenberder_

| ◆ CHARGED PARTS ◆ | | DRIVER: | | |
|------|------|------|------|------|
| PART | SGT. | HOTEL | DISP | TIME |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECURITY POSTS

| TOUR | MEAL | EXT./RADIO # | ASSIGNMENT | OFFICERS |
|------|------|------|------|------|
| 0800-1600 | 1200-1300 | Unit 3 | Security Lt. | SULLIVAN |
| 0900-1700 | 1300-1400 | Unit 17 | Desk Lieutenant | FRANZONE |
| 0900-1700 | 1300-1400 | Unit 5 | Sergeant | ALFIERI SL |
| 0800-1600 | Variable | Unit 4 | North Lot | URSO   _Tucker_ |
| 0800-1600 | Variable | Unit 6 | South Lot | PASTORE   _Fisher_ |
| 0730-1530 | 1200-1300 | Unit 7   ext-1001 | Basement | CUNNINGHAM _Berdenberder_ MARI (Aurigemma) |
| 0730-1530 | 1100-1200 | Unit 8   ext-1008 | Lobby Security | MARI |
| 0900-1700 | 1300-1400 | Unit 9 | Security 2nd Fl. | RUIZ |
| 0900-1700 | 1200-1300 | Unit 14  ext-1703 | Security 3rd Fl. | MACRI |
| 0900-1700 | 1300-1400 | Unit 10 | Security 4th Fl. | HOPKINS |
| 0900-1700 | 1200-1300 | Unit 11  ext-1174 | Security 5th Fl. | HORNBECK |
| 0900-1700 | 1300-1400 | Unit 12 | Security 6th Fl. | |
| 0900-1700 | 1300-1400 | | Library | |
| 0900-1700 | 1300-1400 | Unit 16 | Elevator | PRINSSL _Ruiz_ |
| 0800-1600 | Variable | Ext. 1070 | Operations | MANERI |
| 0900-1700 | Variable | Ext. 1070 / U-19 | Operations | MELTZER |

| TOUR | MEAL | EXT./ RADIO # | ASSIGNMENT | OFFICERS | FIRE WARDENS | ALTERNATE |
|------|------|------|------|------|------|------|
| 0730-1530 | 1130-1230 | Unit 8 | Scanner | MARI | B CUNNINGHAM | STEPHENS |
| 0800-1600 | 1200-1300 | Unit 18 | Scanner | HOFFMAN | 1 MARI | HOFFMAN |
| 0800-1600 | 1200-1300 | " | Scanner | TUCKER | 2 RUIZ | GRASSI |
| 0800-1600 | 1200-1300 | " | Scanner | STEPHENS | 3 MACRI | MANERI |
| 0800-1600 | 1200-1300 | " | Scanner | AURIGEMMA | 4 HOPKINS | DELVAC |
| 0900-1700 | 1300-1400 | " | Scanner | MOLNAR | 5 HORNBECK | JOHNSON |
| 0900-1700 | 1300-1400 | " | Scanner | NITSCHKE | 6 COLTELLI | GALLER |
| 0900-1700 | 1300-1400 | " | Scanner | DIPRIMA | 7 LICURSE | COATES |
| 0900-1700 | 1300-1400 | " | Scanner | PASSARELLA | ASSIST DAILY | AT SCANNERS |
| 0900-1700 | 1300-1400 | " | Scanner | | 1) assign daily | 2) assign daily |
| 0900-1700 | 1300-1400 | | Patrol | MANSFIELD _late_ | Close Scanners | 1715 Hrs.: |
| 0900-1700 | 1300-1400 | ext-1044 | J.H.O. | HUSS | 1) _Nitschke_ | |
| 0900-1700 | 1300-1400 | ext-1222 | J.H.O. | SUSSMAN | 2) _Aurigemma_ | |
| 0900-1700 | 1300-1400 | ext-1100 | CHAMBERS | COUGHLIN | | |

Date: DEC 1 1 2003

| PART | RM | PHONE | JUDGE | SCO | AM | PM |
|------|-----|-------|-------|-----|-----|-----|
| TSP/TRI 1 | 25 | 1048 | LEVINE | GRASSI | CAL | CAL |
| 2 500 | 28 | 1054 | WEISS | McMANUS (Denied) | TR | TR - Change. |
| 3 405 | 22 | 1037 | THOMAS | LYNDE | HRG. | COND. |
| 4 630 | 505 | 1210 | GRAYS | JOHNSON | TR | TR |
| 5 410 | 47 | 1123 | O'DONOGHUE | SMITH | Guard. | HRG. Guard. |
| 6 350 | 66 | 1214 | PRICE | COATES  PM. Maier | TR voir dire | TR voir dire. |
| 7 ↓ | 45 | 1121 | DYE | LAUSELL PT 14 | ↓ | ↓ |
| 8 | — | — | — | | | |
| 9 1— | 43 | 1116 | FLUG | BYERS E/o | OPEN | OPEN ↓ |
| 10 255 | 122 | 1005 | SCHULMAN | BEEDENBENDER/JL | TR detil. | TR - detil. |
| 11 5— | 562 | 1186 | GOLDSTEIN | GILBERT PT 23 | OPEN | OPEN ↓ |
| 13 4— | 48 | 1126 | DOLLARD | MAIER PM PT 6 | Mental Hygiene. | OPEN |
| 14 445 | 27 | 1052 | POLIZZI | ROMANO SL Lausell. | TR | TR |
| 15 430 | 21 | 1035 | TAYLOR | DIXON TRANS Matranga. | TR | TR |
| 16 405 | 42 | 1113 | KELLY | SURASKY | TR | TR |
| 17 00 | 116 | 1002 | KITZES | SPINELLI E/o | TR | ↓ |
| 18 9— | 41 | 1110 | HART | BATTLE PT 22. | ↓ | ↓ |

05/31/2004 TUE 14:30 FAX                                                    ☎002

# QUEENS SUPREME COURT - JAMAICA
13th TERM FROM :DEC. 1, 2003  TO: JAN. 2, 2004
**MAJOR:** Robert W. Gardner (Unit 1)
**CAPTAIN:** John J. Fulton (Unit 2)
**LIEUTENANTS:** Lawrence E. Sullivan (U-3)
Lynne Franzone (U-17)

Date: DEC 11 2003                                          Day: Thurs

0730 Supervisor: MAJOR ROBERT GARDNER

0600 x 0900 SCO _Tucker_ - North Gate

SCO _Beedenbender_ Patrol

Closing Supervisor: SGT. JAMES ALFIERI

1700 x 2200 SCO _Gilbert_ SCO _Beedenbender_

| ♦ CHARGED PARTS ♦ | | DRIVER: | | |
|------|------|-------|------|------|
| PART | SGT. | HOTEL | DISP | TIME |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECURITY POSTS

| TOUR | MEAL | EXT/RADIO # | ASSIGNMENT | OFFICERS |
|------|------|-------------|------------|----------|
| 0800-1600 | 1200-1300 | Unit 3 | Security Lt. | SULLIVAN |
| 0900-1700 | 1300-1400 | Unit 17 | Desk Lieutenant | FRANZONE |
| 0900-1700 | 1300-1400 | Unit 5 | Sergeant | ALFIERI SL. |
| 0800-1600 | Variable | Unit 4 | North Lot | URSO    Tucker |
| 0800-1600 | Variable | Unit 6 | South Lot | PASTORE   Fisher |
| 0730-1530 | 1200-1300 | Unit 7  ext-1001 | Basement | CUNNINGHAM Beedenbender MARI (Aurigem |
| 0730-1530 | 1100-1200 | Unit 8   ext-1008 | Lobby Security | MARI |
| 0900-1700 | 1300-1400 | Unit 9 | Security 2nd Fl. | RUIZ |
| 0900-1700 | 1200-1300 | Unit 14  ext-1703 | Security 3rd Fl. | MACRI |
| 0900-1700 | 1300-1400 | Unit 10 | Security 4th Fl. | HOPKINS |
| 0900-1700 | 1200-1300 | Unit 11  ext-1174 | Security 5th Fl. | HORNBECK |
| 0900-1700 | 1300-1400 | Unit 12 | Security 6th Fl. | |
| 0900-1700 | 1300-1400 | | Library | |
| 0900-1700 | 1300-1400 | Unit 16 | Elevator | PRINSSL Ruiz. |
| 0800-1600 | Variable | Ext. 1070 | Operations | MANERI |
| 0900-1700 | Variable | Ext. 1070 / U-19 | Operations | MELTZER |

| TOUR | MEAL | EXT./RADIO # | ASSIGNMENT | OFFICERS | FIRE WARDENS | ALTERNATE |
|------|------|--------------|------------|----------|--------------|-----------|
| 0730-1530 | 1130-1230 | Unit 8 | Scanner | MARI | 8 CUNNINGHAM | STEPHENS |
| 0800-1600 | 1200-1300 | Unit 18 | Scanner | HOFFMAN | 1 MARI | HOFFMAN |
| 0800-1600 | 1200-1300 | " | Scanner | TUCKER | 2 RUIZ | GRASSI |
| 0800-1600 | 1200-1300 | " | Scanner | STEPHENS | 3 MACRI | MANERI |
| 0800-1600 | 1200-1300 | " | Scanner | AURIGEMMA | 4 HOPKINS | DELVAC |
| 0900-1700 | 1300-1400 | " | Scanner | MOLNAR | 5 HORNBECK | JOHNSON |
| 0900-1700 | 1300-1400 | " | Scanner | NITSCHKE | 6 COLTELLI | GALLER. |
| 0900-1700 | 1300-1400 | " | Scanner | DIPRIMA | 7 LICURSE | COATES |
| 0900-1700 | 1300-1400 | " | Scanner | PASSARELLA | ASSIST DAILY | AT SCANNERS |
| 0900-1700 | 1300-1400 | " | Scanner | | 1) assign daily | 2) assign daily |
| 0900-1700 | 1300-1400 | | Patrol | MANSFIELD late | Close Scanners | 1715 Hrs.: |
| 0900-1700 | 1300-1400 | ext-1044 | J.H.O. | HUSS | 1) Nitschke | |
| 0900-1700 | 1300-1400 | ext-1222 | J.H.O. | SUSSMAN | 2) Aurigemma | |
| 0900-1700 | 1300-1400 | ext-1100 | CHAMBERS | COUGHLIN | | |

08-31-2004 TUE 14:31 FAX                                          2003

Date: DEC 11 2003

| PART | RM | PHONE | JUDGE | SCO | AM | PM |
|------|-----|-------|-------|-----|-----|-----|
| 1 TSPMTRL 4 | 25 | 1048 | LEVINE | GRASSI | CAL | CAL |
| 2 5⁰⁰ | 28 | 1054 | WEISS | McMANUS (Dixon) | TR | TR -Change |
| 3 4⁰⁵ | 22 | 1037 | THOMAS | LYNDE | HRG. | COND. |
| 4 6³⁰ | 505 | 1210 | GRAYS | JOHNSON | TR | TR |
| 5 4¹⁰ | 47 | 1123 | O'DONOGHUE | SMITH | Guard. | HRG Guard. |
| 6 3⁵⁰ | 66 | 1214 | PRICE | COATES  PM. MGR | TR Voir dire. | TR Voir dire. |
| 7 ↓ | 45 | 1121 | DYE | LAUSELL PT 14 | ↓ | ↓ |
| 8 | | | | | | |
| 9 ↑ | 43 | 1116 | FLUG | BYERS 5/0 | OPEN | OPEN ↓ |
| 10 2⁵⁵ | 122 | 1005 | SCHULMAN | BEEDENBENDER /TL | TR dett. | TR -delib. |
| 11 5⁻ | 562 | 1186 | GOLDSTEIN | GILBERT PT 23 | OPEN | OPEN ↓ |
| 13 4↑ | 48 | 1126 | DOLLARD | MAIER PM PTB | Mental Hygiene | OPEN |
| 14 4⁶↑ | 27 | 1052 | POLIZZI | ROMANO SL Lausell | TR | TR |
| 15 4³⁰ | 21 | 1035 | TAYLOR | DIXON TRANS Matranga | TR | TR |
| 16 4⁰⁵ | 42 | 1113 | KELLY | SURASKY | TR | TR |
| 17 1⁰⁰ | 116 | 1002 | KITZES | SPINELLI 5/0 | TR | |
| 18 9↑ | 41 | 1110 | HART | BATTLE PT 22 | ↓ | ↓ |
| 19 ↓ | 63 | 1213 | SATTERFIELD | FLAHERTY | ↓ | ↓ |
| 21 3⁵⁵ | 44 | 1117 | GOLIA | DELVAC | conf. | OPEN. |
| 22 3³⁰ | 26 | 1051 | RIOS | SACCO (late) BATTLE | Pretrial issues / open pc | OPEN |
| 23 5⁰⁰ | 24 | 1043 | EMERGENCY GLOVER | MELGAREJO SL Gilbert | TR | TR comb. |
| 24 ↓ | 23 | 1042 | EMERGENCY GOLAR | MARRON PT 23 (PM) | HEARING ↓ | ↓ |
| 35 ↓ | 405 | 262-7328 | WEINSTEIN | | ↓ | ↓ |
| 38 4↑ | 308 | 262-7164 | HUTTNER | ACCARDI | TR | OPEN |
| 39 — | 67A | 1221 | REF. GELLER | MATRANGA PT 15 | | |
| 51 / | 67 | 1215 | DORSA | COLTELLI | HEAR. PC  comp. ✓ cal | ↓ |
| 52 4¹⁰ | 68 | 1218 | GAVRIN | GALLER | comb. TR | comb. TR |
| CSC 4↑ | 44A | 1093 | RITHOLTZ | PALMIERI REBELE | comp. | comp. |
| PC 2¹⁵ | 24A | 1046 | REF. YABLONS | MANCINELLI (late | CAL | ↓ |

| STATUS | | | | | STATUS | | | |
|--------|-----|-----|-----|-----|--------|-----|-----|-----|
| Part J-25 | Rm | Judge FISHER | | Ext. | Part | Rm | Judge | Ext. |
| SGT. | | | | | SGT. | | | |
| SCO | | | | | SCO | | | |
| SCO | | | | | SCO | | | |
| SCO | | | | | SCO | | | |

PERIMETER: A.M. _____

P.M. _____

RESERVE: _____ S.L. _____

TDY
RUTHERFORD (BRONX)

LUNCH RELIEFS
3ʳᵈ Fl. MARRON
5ᵗʰ Fl. DeVac
Bsmt. Ruiz.
Lot 12:00 Battle.
Lot 1:00 HOPKINS

BREAKS
AM: Lots } Hopkins
Bsmt
3ʳᵈ Fl. } BYERS
5ᵗʰ Fl. DeVac
PM: Lots — HOPKINS.
Bsmt — Battle.
3ʳᵈ Fl. } Gilbert
5ᵗʰ Fl.

05-31-2004 TUE 14:31 FAX                                    @004

**DAILY  LOG**                              **DATE: OFC**

0600 Scheduled SCO Tucker N-gate, SCO Beeder border patrol
0710 Major opens OPS
0715 Bus keys issued to SCO Mari
0720 Radio check w/ Capt Valcarce 5x5
0725 SCO Beeder border opens S-gate
0730 SCO Cunningham on post base, SCO Mari on post lobby
0800 Lt Sullivan opens lobby to public
0850 SCO Smelli Lt reviews weapon for on duty use.
0900- Lt Franzone on desk
0901- SCO Urso reports rear No. Judge's entrance is
flooded. Dan Ash (DCAS) notified
0955- Lt Sullivan reports Rapiscan X-ray machine 9%
1005- Jerome (CoCIK) RQ jury bus trans to PO + KG.
SCO Mari to drive.
1010- SCO DeVac reports that he observed J. Sherman
fall in front of building. Lt Sullivan to
bring ice packs to J. Sherman in J. Kitze
chambers. All personnel present and/or
accounted for. All OT assigned and
notified
1040- Jury bus (SCO Mari) leaves on CoCIK PO/KG.
rund.
1041- Maureen D'Aquila calls — next Fri, 12/19
there will be a luncheon in CR 26. She RQ
that we put up signs re-directing auction
to CR 26 on that day.
1045- SCO Johnson reports loud drilling noise
in CR 505. Norberto (Velly) notified.
Majis to CC
1110- Majis advises that Lauren DeSole (Employee
Relations) will arrive approx 2pm. SCO Stephen
is to escort to CC office then report to
Major. Units 4,6,7 and Lt Sullivan (scanners)
notified
1200 Capt relieves Lt Franzone for meal
1210 SCO Mari returns with jury bus.
1230- Chief Clerk authorizes jury bus to pick up Lauren DeSole
at Beaver St at 1:45pm. SCO Mari reassigned.
1240- SCO Mari departs with bus en route to Beaver St.
1300- Lt Franzone on desk

08/31/2004 TUE 14:32 FAX                                                      @005

## DAILY LOG

DATE: DEC

1305 - SCO Spinelli secures weapon and returns Key. Capt to meal.

1345 - SCO Mari calls from 25 Beaver St., He is waiting for Lauren DeSole

1420 - State Van (SCO Coughlin) leaves to KC OTC w/ AJ.

1430 - Jury bus (SCO Mari) returns to base w/ Lauren DeSole

1450 - Brian Kelly calls - Rep from J.P. Reddington will arrive @ 10³⁰ Fri. 12/12, to odd wooden benches. Please accom.

1500 - Lt Sullivan returns X-ray Key - secured in admin. locker.

1515 - SCO Cunningham returns BMT Black Light.

1545 - Capt on desk. Lt Frangue on security detail / House Guard to civil ct. for Eviction of Judge Elliot.

1550 - State van returns. / Holiday Pass schedule posted.

1615 - Al Blake (K-3) request bus transportation on Thurs 12/18 for Hosp. arraignment at Kings County Hosp. - Judge House.

1635 - House guard returns from Civil Ct.

1700 - all posts down except: Pr. 4 / Scos Gilbert & Beedenbender staff Font lobby.

1815 - Front gates & lobby secured / Scos Gilbert & Beedenbender commence patrol.

1830 - Pr. 4 down - Ser Johson off duty / Basement post secured.

1845 - Sco Mari returns bus keys & off duty

1950 - Last judge (Rittoll) departs. gates secured.

2015 - Office & safe secured. Books checked. Equipment accounted for. Capt & Scos Flakert & Tucker off duty. Scos Gilbert & Beedenbender continue patrol.

CAPT. JOHN J. FULTON

06/31/2001 TUE 14:32 FAX                                                      @006

## QUEENS SUPREME COURT
### DAILY ATTENDANCE

**GOOD MORNING!!!!!!!!**

**TODAY IS:___Thursday___**                    **DATE:___12-11-03___**

**FACILITY: JAMAICA SUPREME COURT**        **SUPERVISOR: Capt. John Fulton**
**DEPARTMENT: SECURITY**

**SICK LEAVE**                              **OFFICIAL BUSINESS**
Melgarejo ( FMLA )
Alfieri
Prins
Romano
**ANNUAL LEAVE**                            **L.W.O.P.**

**WORKERS' COMPENSATION**

**MILITARY LEAVE**

**PRE-TOUR PREP. TIME**

**RANGE**

**TRAINING**

**COMPENSATORY TIME**

**JURY DUTY**

**FAMILY SICK LEAVE (RELATION)**           **DEATH IN FAMILY (RELATION)**

**T.D.Y.**                                  **RELIGIOUS HOLIDAY**

Rutherford ( Bronx )

**Submitted By: SCO Frank Maneri**

APPLICATION FOR LEAVE

UCS-44 Rev. Jul. 2000

NAME JUDITH B. MEMBLATT _____ SOC. SEC. NO. _____

COURT/AGENCY QUEENS SUPREME COURT _____ NEGOTIATING UNIT _____

**I. TYPE(S) OF LEAVE REQUESTED:**

|  |  |  | FROM | THROUGH |  |
|---|---|---|---|---|---|
|  | A. ☐ | Family and Medical Leave with pay | | | Lv. Credits to be used |
|  |  | Family and Medical Leave without pay | | | |

**NON-DISCRETIONARY LEAVES**

|  |  |  | | | Lv. Credits to be used |
|---|---|---|---|---|---|
| B. | ☐ | Child Care Leave - first year | | | |
| C. | ☐ | Military Leave | | | |

**DISCRETIONARY LEAVES** | | | FROM | THROUGH |

| | | | FROM | THROUGH | |
|---|---|---|---|---|---|
| D. | ☐ | Child Care Leave - extension (beyond first year) | | | |
| E. | ☐ | Advancement of Sick Leave | | | |
| F. | ☐ | Sick Leave at Half Pay | | | |
| G. | ☐ | Leave without Pay (Please explain below) | | | |
| H. | ☒ | Other Leaves (Please explain below) | 12/12/03 | 1/28/04 | Lv. Credits to be used |

**II. PURPOSE FOR LEAVE** (Refer to instructions) _____

**III. EMPLOYEE AFFIRMATION:** I have been granted leave before. ☐ Yes ☒ No

I hereby affirm that to the best of my knowledge, the information reported is accurate. I understand that the granting of such leave does not extend my employment beyond a period where it would otherwise terminate by operation of law, rule or regulation.

Employee Signature _Judith B. Memblatt_ Title _Principal Law Clerk to Judge_ Date _Dec. 11, 2003_

**IV      LOCAL CHIEF CLERK / SUPERVISOR / DESIGNEE**

DATE RECEIVED _____ Recommendation for Discretionary Leaves D - H: ☐ Approve All ☐ Deny All ☐ See Over

☐ FMLA Designation has been issued for the period _____ through _____ ; or referred to the appropriate administrative authority on _____

Authorized Signature _____ Title _J.S.C._ Date _12-11-2003_

**V. (A)      ADMINISTRATIVE APPROVALS**
N.Y.C. CHIEF CLERK / EXECUTIVE ASSISTANT / OCA ASSISTANT DEPUTY CHIEF ADMINISTRATOR

☐ Employee not eligible for FMLA. **Circle one:** Not employed for one year / Does not have 1250 hours of paid service / Employee has already exhausted FMLA entitlement for calendar year.

☐ Required documentation has been received and supports the request for leave. Documentation is being retained in the local court/agency.

☐ FMLA Designation has been issued for the period _____ through _____ .

☐ FMLA / Child Care Leave / Military Leave has been approved as requested in Section I and a copy sent to the appropriate payroll agency.

☐ FMLA / Child Care Leave / Military Leave has been approved with the following changes:

| Leave Type _____ | From _____ | Through _____ |
|---|---|---|
| Leave Type _____ | From _____ | Through _____ |

☐ Recommend granting of discretionary leave (type(s) D through H) as requested in Section I. ☐ Yes ☐ No

☐ Recommend granting of discretionary leave (type(s) D through H) with the following changes:

| Leave Type _____ | From _____ | Through _____ |
|---|---|---|
| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |

☐ Employee **not eligible** for leave requested . Recommend granting the following leave _____
from _____ through _____ .

*Applicable Contract Article(s) or Rule Part(s)* _____

Signature _____ Title _____ Date _____

**V. (B)      DEPUTY CHIEF ADMINISTRATIVE JUDGE/ADMINISTRATIVE JUDGE**

☐ Discretionary leave granted as recommended by N.Y.C. Chief Clerk, Executive Assistant or Asst. Deputy Chief Administrator.

☐ Discretionary leave type(s) D through H granted with the following changes:

| Leave Type _____ | From _____ | Through _____ |
|---|---|---|
| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |

☐ Discretionary leave type(s) _____ denied.

Signature _____ Title _____ Date _____

NOTE: FMLA Leave, Child Care Leave (first year) and Military Leave are mandatory and must be extended to eligible employees. The appropriate administrator...

NAME  JUDITH B. MEMBLATT _____  SOC. SEC. NO. ▓▓▓▓▓

COURT/AGENCY  QUEENS SUPREME COURT _____  NEGOTIATING UNIT _____

**I. TYPE(S) OF LEAVE REQUESTED:**

|  |  | FROM | THROUGH |  |
|---|---|---|---|---|
| A. ☐ | Family and Medical Leave with pay |  |  | Lv. Credits to be used _____ |
| ☐ | Family and Medical Leave without pay |  |  |  |

**NON-DISCRETIONARY LEAVES**

|  |  | FROM | THROUGH |  |
|---|---|---|---|---|
| B. ☐ | Child Care Leave - first year |  |  | Lv. Credits to be used _____ |
| C. ☐ | Military Leave |  |  |  |

**DISCRETIONARY LEAVES**

|  |  | FROM | THROUGH |  |
|---|---|---|---|---|
| D. ☐ | Child Care Leave - extension (beyond first year) |  |  |  |
| E. ☐ | Advancement of Sick Leave |  |  |  |
| F. ☐ | Sick Leave at Half Pay |  |  |  |
| G. ☐ | Leave without Pay (Please explain below) |  |  |  |
| H. ☒ | Other Leaves (Please explain below) (LEAVE WITH PAY) | 12/12/03 | 1/28/04 | Lv. Credits to be used _____ |

**II. PURPOSE FOR LEAVE** (Refer to instructions)

_____

**III. EMPLOYEE AFFIRMATION:** I have been granted leave before.  ☐ Yes  ☒ No

I hereby affirm that to the best of my knowledge, the information reported is accurate. I understand that the granting of such leave does not extend my employment beyond a period where it would otherwise terminate by operation of law, rule or regulation.

Employee Signature _Judith B. Memblatt_  Title _Principal Law Clerk to Judge_  Date _Dec. 11, 2003_

**IV          LOCAL CHIEF CLERK / SUPERVISOR / DESIGNEE**

DATE RECEIVED _____  Recommendation for Discretionary Leaves D - H:  ☒ Approve All  ☐ Deny All  ☐ See Over

☐ FMLA Designation has been issued for the period _____ through _____ ; or referred to the appropriate administrative authority on _____

Authorized Signature _____  Title _J.S.C._  Date _12-11-2003_
HON. JAYME RIOS

**V. (A)          ADMINISTRATIVE APPROVALS**
N.Y.C. CHIEF CLERK / EXECUTIVE ASSISTANT / OCA ASSISTANT DEPUTY CHIEF ADMINISTRATOR

☐ Employee not eligible for FMLA. **Circle one:** Not employed for one year / Does not have 1250 hours of paid service / Employee has already exhausted FMLA entitlement for calendar year.

☐ Required documentation has been received and supports the request for leave. Documentation is being retained in the local court/agency.

☐ FMLA Designation has been issued for the period _____ through _____ .

☐ FMLA / Child Care Leave / Military Leave has been approved as requested in Section I and a copy sent to the appropriate payroll agency.

☐ FMLA / Child Care Leave / Military Leave has been approved with the following changes:

| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |

☒ Recommend granting of discretionary leave (type(s) D through H) as requested in Section I.  ☒ Yes  ☐ No

☐ Recommend granting of discretionary leave (type(s) D through H) with the following changes:

| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |

☐ Employee not eligible for leave requested . Recommend granting the following leave _____ from _____ through _____

*Applicable Contract Article(s) or Rule Part(s)*

Signature _Anthony D'Angelis_  Title _Chief Clerk VII_  Date _1/11/03_

**V. (B)          DEPUTY CHIEF ADMINISTRATIVE JUDGE/ADMINISTRATIVE JUDGE**

☒ Discretionary leave granted as recommended by N.Y.C. Chief Clerk, Executive Assistant or Asst. Deputy Chief Administrator.

☐ Discretionary leave type(s) D through H granted with the following changes:   # Annual Leave Credits to be used per L.Denise mil. 12

| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |
| Leave Type _____ | From _____ | Through _____ |

☐ Discretionary leave type(s) _____ denied.

Signature _Joan D. Carey_  DCAS - NYC  Date _2/17/03_

NOTE: FMLA Leave, Child Care Leave (first year) and Military Leave are mandatory and must be extended to eligible employees. The appropriate administrative approvals are required for all other leaves.

To: Judge
From: JBM

Dated: 2/16/2000

As previously discussed, with your approval, I intend to take annual leave time from Feb. 22 – Feb. 29, 2000.

*J. Memblett*

*approved*
*2/16/2000*

## MEMORANDUM

4/24/02

**To: Justice Jaime A. Rios**
**From: Judith B. Memblatt**

As per conversation today, I will be on vacation on the following days:  April 26, April 29 and April 30, 2002.  Thank you for your consideration.

*approved*



**Judith B. Memblatt, Esq.**
**98-51 65ᵗʰ Avenue, #2A**
**Rego Park, NY 11374**
**(718)275-9578**

Feb. 3, 2004

Hon. Jonathan Lippman
Chief Administrative Judge
Office of Court Administration
25 Beaver Street
New York, N.Y. 10004

Re: Sandra Newsome

Dear Judge Lippman:

At a time of increased concern over ethical issues regarding the Court system, it seems clear that improprieties should be reported by Court employees, not simply ignored by them.  The shield of confidentiality offers no protection for misconduct.

Accordingly, as the Principal Law Clerk to Justice Jaime A. Rios, Supreme Court, Queens County, I herewith submit a copy of a letter by Justice Rios' personal secretary, Sandra Newsome, dated July 9, 2002.  Writing to the Parking Violations Hearings By Mail Unit, Ms. Newsome utilized Supreme Court letterhead in a blatant effort to improperly influence the adjudication of a parking ticket that had been issued to her.  In so doing, she obviously violated Part 50.1 of the Code of Ethics for Nonjudicial Employees promulgated by the Chief Judge of the State of New York, which prohibits Court Employees from using or attempting to use
". . . their positions or the prestige of judicial affiliation to secure

privileges or exemptions for themselves . . . "

This issue is brought to your attention to facilitate your stated goal of restoring public confidence in the judiciary.

Thank you for your attention to this matter.

Sincerely,

Judith B. Memblatt

Enc.

**Supreme Court of the State of New York**

**Criminal Term**

125-01 Queens Boulevard

Kew Gardens, N.Y. 11415

**Personal & Unofficial**

July 9, 2002

Parking Violations Hearing
  By Mail Unit
P.O. Box 29021
Brooklyn, New York 11202-9021

Re: <u>Violation Number: 367064922-0</u>

On Sunday, July 7th I received the enclosed ticket for parking in a "No Standing" zone. I respectfully submit that I am not guilty of this violation.

My understanding is that if your car is parked beyond the point of the sign (the arrow was pointing right of the pole) then you are in violation. My car was not beyond the pole. My rear bumper was parallel with the pole that the sign was on. (Incidentally, my car color is bronze - not green as indicated on the citation.)

While I understand that there is a "crackdown" on parking violations and the city is trying to raise much needed money, I believe that a standard of fairness must be maintained.

I have enclosed a diagram of the position of my car as defense for my opposition. I appreciate your time in evaluating this appeal and pray for a favorable adjudication.

Sincerely,

Sandra Newsome
171-12 119th Avenue
St. Albans, NY 11434
Lic. # AHG 2931

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

UNIT ID: 0013

Postmark
Here

Clerk: KKCZ02

02/04/04

NEW YORK, NY 10004

Sent To *Hon. Jonathan Lippman*
Street, Apt. No.; or PO Box No. *Chief Administrative Judge*
*Office of Court Administration*
City, State, ZIP+4 *25 Beaver Street*
*New York, N.Y. 10004*

PS Form 3800, June 2002                    See Reverse for Instructions

7003 3110 0002 4571 6257

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Hon. Jonathan Lippman*
*Chief Administrative*
*Judge*
*Office of Court*
*Administration*
*25 Beaver Street*
*New York, NY 10004*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0002 4571 6257

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540



**UNITED STATES**
**POSTAL SERVICE**®

# Track & Confirm

**Current Status**

You entered 7003 3110 0002 4571 6257

Your item was delivered on February 09, 2004 at 6:27am in NEW YORK, NY 10004. The item was signed for by J WILLIAMS. Additional information for this item is stored in files offline. A proof of delivery record may be available through your local Post Office for a fee.

**Restoration Options**

 **Restore Offline Item**   What is this?   Go >

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**Appellate Term**
**Supreme Court of the State of New York**
**2nd and 11th Judicial Districts**



JAIME A. RIOS
ASSOCIATE JUSTICE

SUPREME COURT CHAMBERS
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415-1569
(718) 520-7144

**Personal**

November 16, 2001

Ms. Jayne McGee
Casino Host
Treasure Island Hotel
3300 Las Vegas Boulevard
Las Vegas, NV   89109

Dear Ms. McGee,

It was a pleasure speaking with you last month. Unfortunately with all the stress accompanying the recent tragedies in New York City, I didn't have the opportunity to write sooner. Your comments to Art Polner, and the joviality expressed during our conversation, suggest you are definitely a p arty person. I look forward to sharing some laughs with you in January.

I wish to remind you that I will arriving at the hotel on January 31, 2002, and will depart on February 4, 2002 (4 nights).

As in the past our group looks forward to the Super Bowl party and Treasure Island's customary hospitality. Wishing you and yours a safe and meaningful Thanksgiving holiday.

Yours truly,

Jaime A. Rios

JAR/sn

**Judith B. Memblatt, Esq.**
98-51 65th Avenue, # 2A
Rego Park, NY 11374

August 23, 2004

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Major Robert Gardner
Supreme Court, Queens County
88-11 Sutphin Boulevard
Jamaica, NY 11435

Dear Major Gardner:

On May 26, 2004, I placed a telephone call to you in response to a message that you had left for me. You stated that you wanted to arrange for personal property of mine that was in your custody to be delivered to my home by personnel of your office, or, for me to personally retrieve the items. I replied that I did not want anyone from your office to come to my home. You shouted, "Fine, then it will be put in storage with fiscal and you can pick it up whenever you want to!" I noted that, on the two prior occasions that I had appeared at the courthouse for the same purpose, I had been required to telephone in advance and, upon my arrival, announce myself to the court officers at the desk on the first floor so that they could have someone accompany me upstairs. I told you that there did not seem to be any valid reason for placing such demeaning restrictions upon my access to the public areas of a public building – restrictions that are not placed upon defendants with criminal records who are out on bail. You adamantly denied that there were any restrictions and claimed that you had only utilized such procedures "to help" me. When, I responded "That's not true," and recounted that Lieutenant Lynne Franzone previously had denied my request to be permitted to leave

the courthouse without having a court officer escort me in the public part of the building, you immediately hung up the phone.

In light of your conduct, I did not make any further attempts to retrieve my property from the courthouse. On the two earlier occasions that I had appeared and announced myself, pursuant to your instructions, the court officers at the desk on the first floor acted as though the matter was a big joke and laughed about it loudly as members of the public observed. Additionally, the manner in which court officers have behaved toward me in the public areas of the courthouse could only have led court employees and members of the public to erroneously conclude that there was some legitimate reason for me to be treated as though I were in custody. Although you must have been aware that these unwarranted restrictions upon my access to a public courthouse could only injure my reputation in the area as an attorney, you subjected me to them even prior to my first trip to the courthouse to recover my property.

On June 17, 2004, I telephoned Ross Teichman to ascertain whether my lump sum check had arrived. He told me that the personnel office had received the check, but could not mail it to me at the time inasmuch as the Pitney Bowes meter had run out of postage. He suggested that I pick up the check. Not wanting to suffer any further damage to my reputation as a result of the conduct of court officers in the Jamaica courthouse, I initially told Mr. Teichman that I would prefer that the check be mailed to me as soon as possible. After he replied that it might not be mailed until the following week, I agreed to travel to the courthouse to retrieve the check. He advised me that I could come to the personnel office and sign for my check at any time before 4:45 p.m. Inasmuch as he did not tell me that I would be required to announce myself to the court

2

officers on the first floor so that they could have someone escort me to the fifth floor, I became hopeful that you actually were ceasing to impose any such restrictions upon me. Unfortunately, it quickly became apparent that your representation to me lacked any credibility whatsoever. Although no one prevented me from coming upstairs on my own, once I had signed for my check, left the personnel office and approached the fifth floor elevators to leave the building, a court officer breathlessly ran up to me and loudly proclaimed that he had been instructed that I was "not allowed in the building." Almost simultaneously, he spoke into his radio and reported, "I have her on the fifth floor." He then demanded to know why I was there. I told him that I was there to pick up my check. He repeated my response into his radio and walked away from me. This conspicuous and demeaning display was observed by various members of the public who were in the vicinity. Once again, my reputation was damaged by the improper conduct of court officers who are under your supervision.

The records that I recently have received from the Office of Court Administration, pursuant to Freedom of Information Law (FOIL) requests, include a series of reports made by yourself, Lieutenant Lynne Franzone and Lieutenant Lawrence Sullivan that are replete with false and defamatory statements, as well as a letter, dated May 26, 2004, that you purportedly sent to me. I have never received this letter, except for the copy furnished in response to my FOIL requests. Further, you never advised me that my property would only be kept for 30 days from the date of that purported letter. To the contrary, in our telephone conversation on the same date, you specifically stated to me that I could pick up my property from the fiscal office whenever I wanted to do so.

The manner in which you and those acting under your direction have behaved

3

toward me appears to be intended as retaliation for my statement to Justice Rios that I will be commencing litigation against him, the complaints that I have filed with the Commission on Judicial Conduct against him and Justice Fisher and the substance of those complaints.

It is hereby demanded that you cease and desist from causing further damage to me in my profession by imposing unconstitutional restrictions upon my ability to access the public areas of the courthouse - restrictions that are not even imposed upon predicate felons who are out on bail. Inasmuch as I am an attorney who resides in Queens, the imposition of such unconstitutional restrictions upon me deprives me of the ability to earn a livelihood. I cannot have any hope of gaining employment in my profession if I must advise prospective employers that I will be accosted by court officers if I attempt to enter the courthouse. Additionally, I now have been granted an Attorney Secure Pass. I am entitled to all of the rights and privileges associated with that pass.

It also is hereby demanded that you cease and desist from any further publication of the aforementioned defamatory reports, and, that you cause their immediate removal from any files in which they appear.

Thank you for your attention to this matter.

Sincerely,

Judith B. Memblatt, Esq.

4

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

JAMAICA, NY 11435

| Postage | $ | 0.37 | UNIT ID: 0013 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KRG1SX |
| Total Postage & Fees | $ | 4.42 | 08/23/04 |

Sent To _Major Robert Gardner_
Street, Apt. No.; _Supreme Court Queens County_
or PO Box No. _88-11 Sutphin Boulevard_
City, State, ZIP+4 _Jamaica, NY 11435_

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0002 6077 3983



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
FOREST HILLS STATION
11375-4248
08/23/04 11:58AM

```
Store  USPS           Trans   49
Wkstn  sys5003        Cashier  KRG1SX
Cashier's Name        CHAMPABEN
Stock Unit Id         SIACP
PO Phone Number       18002758777
USPS #                3568880013

1. First Class                       4.42
   Destination:       11435
   Weight:            0.90oz
   Postage Type:      PVI
   Total Cost:        4.42
   Base Rate:         0.37
         SERVICES
   Certified Mail                    2.30
     70040750000260773983
   Return Receipt                    1.75

Subtotal                             4.42
Total                                4.42

Cash                                 5.00
Change Due
   Cash                              0.58

Number of Items Sold: 1

     Save a trip to the Post Office
      Ship from home or office
          Use Click-n-Ship
        USPS.com/clicknship
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X    ☐ Agent
     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

AUG 2 4 2004

1. Article Addressed to:

Major Robert Gardner
Supreme Court, Queens County
Jamaica, NY 11435

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number    7004 0750 0002 6077 3983

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952