Case 1:05-cv-01021-RJD-LB   Document 2   Filed 03/07/05   Page 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 0 7 2005 ★

P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JUDITH B. MEMBLATT,

              Plaintiff,

  - against -

JAMIE A. RIOS, Associate Justice, Appellate Term, Supreme Court, State of New York, 2nd and 11th Judicial Districts; STEVEN W. FISCHER, Associate Justice, Appellate Division, Supreme Court, State of New York, 2nd Department; JONATHAN LIPPMAN, Chief Administrative Judge of the Courts of the State of New York; LAUREN DeSOLE, Director of Human Resources, New York State Unified Court System, Office of Court Administration, ANTHONY D'ANGELIS, Chief Clerk, Supreme Court, State of New York, Queens County; ROBERT W. GARDNER, Major of Court Officers, Supreme Court, State of New York; SANDRA NEWSOME, Secretary to Judge, Supreme Court, State of New York; HEIDI HIGGINS, Secretary to Judge, Supreme Court, State of New York; KAREN KOSLOWITZ, Deputy Borough President, County of Queens, City of New York; THOMAS J. MANTON, GERARD J. SWEENEY and MICHAEL H. REICH.

              Defendants,
------------------------------------------------------X

ORDER
05 CV 1021 (SLT)(LB)

**BLOOM, United States Magistrate Judge:**

      The Honorable Sandra L. Townes has assigned this case to the undersigned for all pretrial purposes. An extra (courtesy) copy of all papers submitted to the Court should be sent to the undersigned at the United States Courthouse, 225 Cadman Plaza East, Room 366, Brooklyn, New York 11201. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff (and defendants) are required to follow them. Plaintiff is to provide a copy of this Order (and the enclosed rules) to defendants along with the summons and complaint.

The Court's records indicate that the complaint in this action was filed on February 24, 2005. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion, or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice, as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, if service is not made upon the defendants by June 24, 2005, or plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court and Magistrate Judge Bloom's chambers of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 260-2365.

SO ORDERED:

LOIS BLOOM
United States Magistrate Judge

Dated: March 4, 2005
Brooklyn, New York