UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: JUDITH MEMBLATT, PRO SE

JUDITH MEMBLATT

                                                          Plaintiff(s)      Index # 1021/05  (SJT)(LB)

               - against -

                                                                                   Purchased February 24, 2005

JAIME A. RIOS, ASSOCIATE JUSTICE, APPELLATE TERM, ETAL      File # 85 (D)

                                                         Defendant(s)

                                                                                   **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 2, 2005 at 11:25 AM at

40 RECTOR STREET
10TH FLOOR
NEW YORK, NY 10006

deponent served the within SUMMONS AND COMPLAINT on NEW YORK CITY COMMISSION ON HUMAN RIGHTS therein named.

    BY LEAVING A TRUE COPY WITH MILLIE GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 41 | 5'6 | 155 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 2, 2005

| JOE KNIGHT | MICHAEL SMITH | JOEL GRABER | JASON KOTIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1178783 |
| No. 01KN4808827 | No. SM4997428 | No. 02GR4699723 | Invoice #: 383175 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires September 30, 2006 | Comm. Expires June 8, 2006 | Comm. Expires February 10, 2006 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007