JUDITH MEMBLATT

                                                               Plaintiff(s)        Index # 1021/05

- against -

JAIME A. RIOS, ASSOCIATE JUSTICE, APPELLATE TERM, ETAL    Purchased February 24, 2005

                                                              Defendant(s)    File # 120 (D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 11:15 AM at

C/O CORPORATION COUNSEL
100 CHURCH STREET
4TH FLOOR
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT on NEW YORK CITY LAW DEPARTMENT therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to LINDA LAWYER, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BROWN | 38 | 5'4 | 175 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 3, 2005

| JOE KNIGHT | MICHAEL SMITH | JOEL GRABER | **JASON KOTIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1178783 |
| No. 01KN4808827 | No. 01SM4997428 | No. 02GR4699723 | Invoice #: 383176 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires September 30, 2006 | Comm. Expires June 8, 2006 | Comm. Expires February 10, 2006 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007

JUDITH B MEMBLATT

                                                      Plaintiff(s)

- against -

                Index # 1021/05

JAIME A. RIOS, ETC, ETAL

                Purchased February 24, 2005
                File # 190 (D)

                                            Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on SANDRA NEWSOME, SECRETARY TO JUDGE, SUPREME COURT, STATE OF NEW YORK therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 4, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

**JASON KOTIN**
License #: 1178783
Invoice #: 383173

JUDITH B MEMBLATT

                                    Plaintiff(s)        Index # 1021/05

- against -

JAIME A. RIOS, ETC, ETAL

                                 Defendant(s)

Purchased February 24, 2005
File # 190 (D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on ROBERT W. GARDNER, MAJOR OF OFFICERS, SUPREME COURT, STATE OF NEW YORK therein named.

        BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

RECEIVED MAR - 9 2005 PRO SE OFFICE

Sworn to me on: March 4, 2005

| JOE KNIGHT | MICHAEL SMITH | JOEL GRABER | **JASON KOTIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1178783 |
| No. 01KN4808827 | No. 01SM4997428 | No. 02GR4699723 | Invoice #: 383173 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires September 30, 2006 | Comm. Expires June 8, 2006 | Comm. Expires February 10, 2006 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007

JUDITH B MEMBLATT

                                             Plaintiff(s)      Index # 1021/05

- against -

JAIME A. RIOS, ETC, ETAL                              Purchased February 24, 2005

                                           Defendant(s)     File # 190 (D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on ANTHONY D'ANGELIS, CHIEF CLERK, SUPREME COURT, STATE OF NEW YORK, QUEENS COUNTY therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 4, 2005

| JOE KNIGHT | MICHAEL SMITH | JOEL GRABER | **JASON KOTIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1178783 |
| No. 01KN4808827 | No. 01SM4997428 | No. 02GR4699723 | Invoice #: 383173 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires September 30, 2006 | Comm. Expires June 8, 2006 | Comm. Expires February 10, 2006 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007

JUDITH B MEMBLATT

                         Plaintiff(s)

           - against -

JAIME A. RIOS, ETC, ETAL

                         Defendant(s)

Index # 1021/05

Purchased February 24, 2005
File # 190 (D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on LAUREN DESOLE, DIRECTOR OF THE DIVISION OF HUMAN RESOURCES, NEW YORK STATE UNIFIED COURT SYSTEM, OFFICE OF COURT ADMINISTRATION therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

RECEIVED
MAR - 9 2005
PRO SE OFFICE

Sworn to me on: March 4, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

**JASON KOTIN**
License #: 1178783
Invoice #: 383173

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007

JUDITH B MEMBLATT

                              Plaintiff(s)      Index # 1021/05

- against -

JAIME A. RIOS, ETC, ETAL

                            Defendant(s)

Purchased February 24, 2005
File # 190 (D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on JONATHAN LIPPMAN, CHIEF ADMINISTRATIVE JUDGE OF THE COURTS OF THE STATE OF NEW YORK therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 4, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

JASON KOTIN
License #: 1178783
Invoice #: 383173

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007

---

JUDITH B MEMBLATT

                           Plaintiff(s)       Index # 1021/05

- against -

JAIME A. RIOS, ETC, ETAL

                            Purchased February 24, 2005
                            File # 190 (D)
                      Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on STEVEN W. FISHER, ASSOCIATE JUSTICE, APPELLATE DIVISION, SUPREME COURT, STATE OF NEW YORK, 2ND DEPARTMENT therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 4, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

JASON KOTIN
License #: 1178783
Invoice #: 383173

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007

---

JUDITH B MEMBLATT

                                           Plaintiff(s)      Index # 1021/05

- against -

JAIME A. RIOS, ETC, ETAL                        Purchased February 24, 2005
                                                 Defendant(s)      File # 190 (D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JASON KOTIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2005 at 10:51 AM at

ATTORNEY GENERAL OF THE STATE OF NEW YORK
DEPARTMENT OF LAW
120 BROADWAY, 24TH FLOOR
NEW YORK, NY

deponent served the within SUMMONS AND COMPLAINT on JAIME A. RIOS, ASSOCIATE JUSTICE, APPELLATE TERM, SUPREME COURT, STATE OF NEW YORK, 2ND AND 11TH JUDICIAL DISTRICTS therein named.

    BY LEAVING A TRUE COPY WITH ANTHONY GONZALEZ, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK-GRAY | 54 | 5'10 | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 4, 2005

| | | | |
|---|---|---|---|
| JOE KNIGHT<br>Notary Public, State of New York<br>No. 01KN4808827<br>Qualified in New York County<br>Comm. Expires September 30, 2006 | MICHAEL SMITH<br>Notary Public, State of New York<br>No. 01SM4997428<br>Qualified in New York County<br>Comm. Expires June 8, 2006 | JOEL GRABER<br>Notary Public, State of New York<br>No. 02GR4699723<br>Qualified in New York County<br>Comm. Expires February 10, 2006 | **JASON KOTIN**<br>License #: 1178783<br>Invoice #: 383173 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007