UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JUDITH B. MEMBLATT,

                                Plaintiff,

                                **Affidavit of Service**
         -against-                         **05 CV 1021 (SLT) (LB)**

JAIME A. RIOS, et al.                        Pro Se

                                Defendants.
-----------------------------------------------------------------x

       I, Judith B. Memblatt, the plaintiff herein, declare under penalty of perjury that on March 10, 2005, I served the within Order of United States Magistrate Judge Lois Bloom, dated March 4, 2005, and Individual Practices of Magistrate Judge Lois Bloom upon defendants Thomas J. Manton, Gerard J. Sweeney and Michael H. Reich by depositing a true copy thereof for each of said defendants enclosed in separate sealed post-paid wrappers, each bearing the legend "personal and confidential", with no return address, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to each of said defendants at their last known business address: Manton Sweeney Gallo Reich & Bolz, L.L.P., 95-25 Queens Boulevard, Rego Park, NY 11374.

                                                    */s/ Judith B. Memblatt*
                                                    JUDITH B. MEMBLATT
                                                    Plaintiff Pro Se
                                                    98-51 65th Avenue #2A
                                                    Rego Park, NY 11374

Sworn to before me this
10th day of March 2005

*/s/ Nina S. Bompart*
Notary Public

                                                  NINA S. BOMPART
                                      NOTARY PUBLIC, State of New York
                                      No. 02BO6111828, Queens County
                                      Term Expires June 28, 2008

RECEIVED
MAR 1 1 2005
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JUDITH B. MEMBLATT,

                          Plaintiff,         **Affidavit of Service**
                                                                                    05 CV 1021 (SLT) (LB)
         -against-

JAIME A. RIOS, et al.                                             <u>Pro Se</u>

                          Defendants.
------------------------------------------------------------------x

       I, Judith B. Memblatt, the plaintiff herein, declare under penalty of perjury that on March 10, 2005, I served the within Order of United States Magistrate Judge Lois Bloom, dated March 4, 2005, and Individual Practices of Magistrate Judge Lois Bloom upon defendants Jaime A. Rios, Steven W. Fisher, Jonathan Lippman, Lauren DeSole, Anthony D'Angelis, Robert W. Gardner, Sandra Newsome and Heidi Higgins by depositing a true copy thereof for each of said defendants enclosed in a sealed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to the attorney for said defendants: Eliot Spitzer, Attorney General of the State of New York, 120 Broadway, New York, NY 10271.

                                                                  *[signature]*
                                                                  JUDITH B. MEMBLATT
                                                                  Plaintiff Pro Se
                                                                 98-51 65th Avenue #2A
                                                                 Rego Park, NY 11374

Sworn to before me this
*10th* day of March 2005

*[signature]*
Notary Public

                                                          NINA S. BOMPART
                                                    NOTARY PUBLIC, State of New York
                                                    No. 02BO6111828, Queens County
                                                    Term Expires June 28 2008

*[Stamp: RECEIVED MAR 1 1 2005 PRO SE OFFICE]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JUDITH B. MEMBLATT,

                                    Plaintiff,

                              **Affidavit of Service**
                              **05 CV 1021 (SLT) (LB)**

        -against-

                              <u>Pro Se</u>

JAIME A. RIOS, et al.

                                Defendants.
------------------------------------------------------------------x

        I, Judith B. Memblatt, the plaintiff herein, declare under penalty of perjury that on March 10, 2005, I served the within Order of United States Magistrate Judge Lois Bloom, dated March 4, 2005, and Individual Practices of Magistrate Judge Lois Bloom upon defendant Karen Koslowitz by depositing a true copy thereof enclosed in a sealed post-paid wrapper, bearing the legend "personal and confidential", with no return address, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to said defendant at her last known business address: Office of the President of the Borough of Queens, 120-55 Queens Boulevard, Kew Gardens, NY 11424.

                                                      */s/ Judith B. Memblatt*
                                                        JUDITH B. MEMBLATT
                                                        Plaintiff Pro Se
                                                        98-51 65th Avenue #2A
                                                        Rego Park, NY 11374

Sworn to before me this
10th day of March 2005

*/s/ Nina J. Bompart*
Notary Public

                                        NINA S. BOMPART
                               NOTARY PUBLIC, State of New York
                               No. 02BO6111828, Queens County
                                 Term Expires June 28, 2008