**Judith B. Memblatt, Esq.**
98-51 65th Avenue #2A
Rego Park, NY 11374
646-239-2635



March 25, 2005

Judge Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:      Memblatt v. Rios, et al.
        Case No.  05 CV 1021 (RJD) (LB)

Dear Judge Dearie:

I am the plaintiff *pro se* herein. I am in receipt of a letter to the court, dated March 25, 2005, by which Madeleine S. Egelfeld, Esq. requests a ninety-day adjournment to respond to the complaint on behalf of defendant Karen Koslowitz.

It is respectfully submitted that, if the court is inclined to grant any extension of time, the adjournment should be limited to three weeks. As Ms. Egelfeld is aware, I am unemployed. The lengthy adjournment proposed by Ms. Egelfeld would unnecessarily delay this matter and, in so doing, exacerbate my current state of economic hardship. It is noted that the complaint alleges that my unemployment is due to the wrongful actions of the defendants herein.

Ms. Egelfeld's representation that she has some difficulty in understanding a lengthy paragraph is no basis for the patently excessive extension of time requested herein. It is my understanding that the last defendants to be served received the summons and complaint on March 11, 2005. No other defendants herein have requested any extensions of time.

Thank you for your consideration.

Sincerely,

Judith B. Memblatt
Plaintiff *Pro Se*


cc: Madeleine S. Egelfeld, Esq.