**MADALEINE S. EGELFELD**
ATTORNEY AT LAW
125-10 Queens Boulevard
Suite 311
Kew Gardens, New York 11415

Tel. (718) 544-6363

May 26, 2005


Mr. Gerald Lepp
ADR Administrator
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201


Re:     Memblatt v. Rios, et al.
        Case No.:  05 CV 1021 (SLT)(LB)


Dear Mr. Lepp:

With respect to your communication dated May 24, 2005 concerning the proposed dates for the mediation, please be advised that I am unavailable July 7, 2005 and July 8, 2005.  I am available on July 11, 2005.

Very truly yours,



MADALEINE S. EGELFELD

MSE:fz
cc: Judith Memblatt, Esq., via regular mail