UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MEMBLATT,

                Plaintiff,

      -against-

RIOS, ET AL.,

                Defendants.
----------------------------------------------------------X

**ORDER**

05 CV 1021 (RJD) (LB)

DEARIE, District Judge.

    Plaintiff's motions for default judgment are denied. The matter shall proceed to mediation as previously ordered. If mediation does not succeed, parties will be given a date certain to answer or move. In the interim, plaintiff would be well advised to carefully scrutinize her complaint in an effort to avoid unnecessary and inappropriate litigation.

SO ORDERED.

Dated: Brooklyn, New York
       June 13, 2005

                                          RAYMOND J. DEARIE
                                          United States District Judge