UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MEMBLATT,

                Plaintiff,

     -against-

RIOS, ET AL.,

                Defendants.
----------------------------------------------------------X

**ORDER**

05 CV 1021 (RJD) (LB)

DEARIE, District Judge.

      The Court vacates its Order dated June 15, 2005, noting that plaintiff's motion for default judgment is withdrawn as per plaintiff's letter dated June 10, 2005. Referring to plaintiff's letter dated June 20, 2005, if plaintiff is seeking recusal, the application is denied.

SO ORDERED.

Dated: Brooklyn, New York
        June 21, 2005

                                        RAYMOND J. DEARIE
                                        United States District Judge