**Judith B. Memblatt, Esq.**
98-51 65th Avenue #2A
Rego Park, NY 11374
646-239-2635

<u>BY HAND</u>
September 27, 2005

Judge Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:      Memblatt v. Rios, et al.
        Case No.  05 CV 1021 (RJD) (LB)

Dear Judge Dearie:

The Court's order of June 15, 2005 stated in part that, "If mediation does not succeed, parties will be given a date certain to answer or move." My letter of June 20, 2005 requested that said order be amended to the extent of marking my motions for default judgments "withdrawn." By an order dated June 22, 2005, the Court vacated the prior order, "noting that plaintiff's motion for default judgment is withdrawn . . . "

The mediation session herein, which was held on July 14, 2005, concluded without a settlement. To date, I have not received an answer or motion responsive to the complaint from any of the defendants.

Based upon the foregoing, it is hereby respectfully requested that the Court set a date certain for the defendants to answer or move.

Thank you for your attention to this matter.

Sincerely,

*Judith B. Memblatt*

Judith B. Memblatt, Esq.
Plaintiff *Pro Se*

cc:    Honorable Lois Bloom
       United States Magistrate Judge

       Constantine A. Speres
       Assistant Attorney General

       Madaleine S. Egelfeld, Esq.

       John E. Quinn, Esq.

RECEIVED SEP 2 7 2005 PRO SE OFFICE