

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

(212) 416-8567

October 25, 2005

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

**BY FACSIMILE AND ECF**

Honorable Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  **Memblatt v. Hon. Jaime A. Rios et al.,**
           05 CV 1021 (RJD) (LB)

Dear Judge Dearie:

      This office represents defendants the Honorable Jaime A. Rios, the Honorable Jonathan Lippman, the Honorable Steven W. Fisher, Lauren DeSole, Anthony D'Angelis, Robert W. Gardner, Sandra Newsome, and Heidi Higgins (collectively "State defendants") in the above-referenced action.

      I write with the consent of, and on behalf of all defendants to provide the Court with defendants' proposed briefing schedule for their pending motions to dismiss the complaint. When I spoke with plaintiff this morning, she stated that she was not prepared at the time to give me a response to the proposed briefing schedule as she had several matters to consider including possible employment and that she would get back to me.  I spoke with plaintiff again this afternoon, but she was still unable to provide me with a response.  To avoid any further delay, I write to the Court with defendants' proposed briefing schedule.

      The briefing schedule proposed by defendants is as follows:

(1) defendants to serve their respective motions by Friday, November 4, 2005;
(2) plaintiff to serve her responses by Monday, December 5, 2005; and
(3) defendants to serve their respective replies, if any, by Monday, December 19, 2005.

Hon. Raymond J. Dearie
October 25, 2005
Page 2

Defendants are willing to provide more time to plaintiff to respond to the motions should she require more time.

Currently, the Honorable Lois Bloom, by Order dated October 7, 2005, has directed that defendants respond to the complaint by October 28, 2005. Should the Court be hesitant to so-order the proposed briefing schedule absent plaintiff's input, defendants respectfully request that the Court provide them until Friday, November 4, 2005 to serve their respective motions to dismiss the complaint.

Thank you for your attention to this matter.

Respectfully submitted,

Constantine A. Speres (CAS-9100)
Assistant Attorney General

cc.  Judith B. Memblatt (Via Federal Express)

   Madeleine S. Egelfeld, Esq.
   Attorney for Defendant Koslowitz

   John Quinn, Esq.
   Renfroe & Quinn
   Attorneys for Defendants Manton, Sweeney and Reich

   Honorable Lois Bloom
   United States Magistrate Judge