# RENFROE & QUINN

ATTORNEYS AT LAW
118-35 QUEENS BOULEVARD
14TH FLOOR
FOREST HILLS, N.Y. 11375

CHRISTOPHER RENFROE  TEL: (718) 575-8552
JOHN E. QUINN         TEL: (718) 575-8553
                      TEL: (718) 263-2984
                      FAX: (718) 263-9465

October 25, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2005
P.M.
TIME A.M.

By Fax
The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Memblatt v. Rios, et al.
Case No.: 05 CV 1021 (RJD) (LB)

Dear Magistrate Bloom,

My office represents the individual defendants Thomas J. Manton, Gerard J. Sweeney and Michael H. Reich in this action. I have conferred with the attorneys representing the co-defendant's and, on behalf of all, request that the Court stay our compliance with Rule 26 (f) and any other discovery exchanges prior to resolution of the impending motions to dismiss pursuant to Rule 12 (b) (6).

As the Court is aware, upon receipt of the Complaint of all of the defendants requested a pre-motion conference seeking permission to respond to the complaint with a motion to dismiss. The Court instead referred the case for mediation which was unsuccessful. The current Order of the Court requires a response to the complaint by October 28, 2005, sets the initial conference for November 10, 2005 and reminds the parties of their obligations under Rule 26 (f). As all defendant's intend to respond to the Complaint by filing a motion to dismiss rather than by answer, it is respectfully suggested that any exchange of discovery would be premature and unfair to any party who will be dismissed from the case.

Thank-you for your attention to this request. If there is any question please do not hesitate to call the undersigned at any time.

Sincerely,

John E. Quinn, Esq.

JEQ:cr

cc: Madeline Egelfeld, Esq.          Judith B. Memblatt, Esq.
    Attorneys for Defendant Karen Koslowitz   96-51 65th Avenue Apt. 2M
    By Fax 718-263-0134              Rego Park, N.Y. 11374

    Dean Speres, AAG
    Attorney for remaining Defendants
    By Fax 212-385-2558

---

The parties shall appear for the scheduled conference on November 10, 2005, but they are relieved of their obligations under 26(f). **SO ORDERED:**

Hon. Lois Bloom
United States Magistrate Judge
October 26, 2005