```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JUDITH B. MEMBLATT,

                    Plaintiff,
                                              05-CV-1021
          -against-                           (RJD)(LB)


JAIME A. RIOS, Associate Jusitce,
Appellate Term, Supreme Court, State
of New York, 2nd and 11th Judicial
Districts, STEVEN W. FISHER, Associate         NOTICE OF MOTION
Justice, Appellate Division, Supreme
Court, State of New York, 2nd Department,
JONATHAN LIPPMAN, Chief Administrative
Judge of the Courts of the State of
New York, LAUREN DeSOLE, Director of
the Division of Human Resources, New
York State Unified Court System, Office
of Court Administration, ANTHONY
D'ANGELIS, Chief Clerk, Supreme Court
State of New York, Queens County,
ROBERT W. GARDNER,  Major of Officers,
Supreme Court, State of New York,
SANDRA NEWSOME, Secretary to Judge,
Supreme Court, State of New York,
HEIDI HIGGINS, Secretary to Judge,
Supreme Court, State of New York,
KAREN KOSLOWITZ, Deputy Borough
President, County of Queens, City of
New York, THOMAS J. MANTON, GERARD
J. SWEENEY and MICHAEL H. REICH,

                    Defendants.

----------------------------------------X
```

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated November 21, 2005, and all prior pleadings and proceedings herein, the Honorable Jaime A. Rios, Justice of the New York State Supreme Court, Queens County ("Justice Rios"), the Honorable Jonathan Lippman, the Chief Administrative Judge of the Courts of the State of New York ("Justice Lippman"); the Honorable

Steven W. Fisher, Justice of the New York State Supreme Court, Appellate Division, Second Department ("Justice Fisher"); Lauren DeSole, Director of Human Resources for the State of New York, Office of Court Administration ("OCA"); Anthony D'Angelis, Chief Clerk of the New York State Supreme Court, Queens County ("Chief Clerk D'Angelis"), Major Robert W. Gardner, a Senior Court Officer in the Supreme Court, Queens County ("Major Gardner"), Sandra Newsome, Justice Rios' clerical secretary, and Heidi Higgins, clerical secretary to the Honorable Mark H. Spires, (collectively "State Defendants") by their attorney, Eliot Spitzer, Attorney General for the State of New York, will move this Court by submission on 12th day of January 2006, before the Honorable Raymond J. Dearie, United States District Judge, at the United States Courthouse, located at located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting State defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12 (b) (1) and (6) and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposing affidavits and answering memorandum, if any, must be served by December 27, 2005.

Dated:   New York, New York
         November 21, 2005

                                        Eliot Spitzer
                                        Attorney General of the
                                           State of New York
                                        <u>Attorney for State defendants</u>
                                        By:


                                        _____/S_____
                                        Constantine A. Speres (CAS-9100)
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York  10271
                                        (212) 416-8567


To:   Judith B. Memblatt
      Plaintiff <u>Pro</u> <u>Se</u>
      98-51 65th Avenue
      Apt. 2-A
      Rego Park, New York 11374

      Madeleine S. Egelfeld, Esq.
      Attorney for Defendant Koslowitz
      125-10 Queens Boulevard
      Suite 311
      Kew Gardens, New York 11415

      John Quinn, Esq.
      Renfroe & Quinn
      Attorneys for Defendants Manton, Sweeney and Reich
      118-35 Queens Boulevard
      14th Floor
      Forest Hills, N.Y. 11375

3

**DECLARATION OF SERVICE**

CONSTANTINE A. SPERES pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on November 21, 2005, I caused true and correct copies of the annexed Notice of Motion and Memorandum of Law to be personally served on:

>Judith B. Memblatt
>Plaintiff <u>pro se</u>
>98-51 65th Avenue
>Apt. 2-A
>Rego Park, New York 11374

at the address within the State designated by her for that purpose; and upon

>Madeleine S. Egelfeld, Esq.
><u>Attorney for Defendant Koslowitz</u>
>125-10 Queens Boulevard
>Suite 311
>Kew Gardens, New York 11415
>
>John Quinn, Esq.
>Renfroe & Quinn
>Attorneys for Defendants Manton,
><u>Sweeney and Reich</u>
>118-35 Queens Boulevard
>14th Floor
>Forest Hills, N.Y. 11375

by electronic mail and via Federal Express pursuant to the agreement of defense counsel at the address within the State designated by them for that purpose.

>/s
>CONSTANTINE A. SPERES

Executed On January 11, 2006

AFFIDAVIT OF SERVICE
OF
Notice of Motion

Bureau  Litigation

**STATE OF NEW YORK:**
**COUNTY OF NEW YORK:**

I, Inv. Kevin R. McCann Sh# 41, being duly sworn, deposes and says:

That on November 21 20 05, at 98-51 65th Avenue (Apt.2A)

City of Rego Park, State of New York, deponent served the above

on Judith B. Memblatt at 03:40 pm by:

1. **INDIVIDUAL**

   ☐ (a) Delivering a true copy thereof to _____ personally. Deponent knew the person so served to be the person described in said document(s).

   X (b) Delivering a true copy to Shirley Memblatt (mother) a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at 98-51 65th Avenue, (2A) Rego Park, NY and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

   ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
   On _____ 20 ____, at _____
   On _____ 20 ____, at _____
   On _____ 20 ____, at _____

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____
   Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____
   an officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
Sex: Female,  Hair: Blonde,
Skin: White,  Approx. Age: 79,
Approx. Ht.: 5'5",  Approx Wt.: 110-115 lbs,

Signature Inv. Kevin R. McCann Sh #41

Sworn to before me this 25 day of Nov, 20 05

Notary Public Elaine S. Betza

Elaine S Betza
Notary Public State of New York
No. 01BE5085861
Qualified in Queens Cty
Commission Expires Sept 29 2009