UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUDITH B. MEMBLATT,

                                                **05 CV 1021 (RJD) (LB)**

                  Plaintiff,      Pro Se

   -against-


JAIME A. RIOS, et al.,

                  Defendants.
-----------------------------------------------------------x


## MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO DISMISS - TABLE OF AUTHORITIES


Submitted by:
JUDITH B. MEMBLATT
Plaintiff Pro Se
98-51 65th Avenue #2A
Rego Park, NY 11374



## TABLE OF AUTHORITIES

**Cases**

| | |
|---|---|
| *Adickes v. S. H. Kress & Co.*, 398 U.S. 144 (1970) | 91, 101 |
| *Adler v. Pataki*, 185 F.3d 35 (2d Cir. 1999) | 104 |
| *Albin v. Cosmetics Plus, Ltd.*, 1997 U.S. Dist. LEXIS 15217 (S.D.N.Y.) | 92 |
| *AMTRAK v. Morgan*, 536 U.S. 101 (2002) | 121 - 123, 125 - 126 |
| *Annis v. County of Westchester*, 136 F.3d 239 (2d Cir. 1998) | 118, 126 |
| *Bad Frog Brewery, Inc. v. New York State Liquor Authority*, 134 F.3d 87 (2d Cir. 1998) | 93 |
| *Bland v. New York State*, 263 F.Supp.2d 526 (E.D.N.Y. 2003) | 93 |
| *Boddie v. Schnieder*, 105 F.3d 857 (2d Cir. 1997) | 90 - 91 |
| *Brandon v. Holt*, 469 U.S. 464 (1985) | 94 |
| *Branti v. Finkel*, 445 U.S. 507 (1980) | 102 |
| *Brass v. American Film Technologies, Inc.*, 987 F.2d 142 (2d Cir. 1993) | 90 |
| *Chinn v. City Univ. of N.Y. Sch. Of Law*, 963 F.Supp. 218 (E.D.N.Y. 1997) | 93 |
| *Conley v. Gibson*, 355 U.S. 41 (1957) | 90, 123, 128 |
| *Connecticut v. Cahill*, 217 F.3d 93 (2d Cir. 2000) | 94 |
| *Danzer v. Norden Sys., Inc.*, 151 F.3d 50 (2d Cir. 1998) | 100 |
| *Degrafinreid v. Ricks*, 2004 U.S. Dist. LEXIS 24448 (S.D.N.Y. 2004) | 94 |
| *Dennis v. Sparks*, 449 U.S. 24 (1980) | 101 |
| *Duckworth v. Franzen*, 780 F.2d 645, 650 (7th Cir. 1985), cert. denied, 479 U.S. 816 (1986) | 95 |
| *Dwares v. City of New York*, 985 F.2d 94 (2d Cir. 1993) | 101 |
| *Farid v. Smith*, 850 F.2d 917 (2d Cir. 1988) | 94 - 96 |
| *Feingold v. New York*, 366 F.3d 138 (2d Cir. 2004) | 100, 109, 118 - 119, 121, 126 - 127 |
| *Fleming v. United States*, 146 F.3d 88 (2d Cir. 1998) | 91 |
| *Ford Motor Co. v. Dep't of Treasury*, 323 U.S. 459 (1945) | 94 |
| *Fox v. City of New York*, 2004 U.S. Dist. LEXIS 6844 (S.D.N.Y. 2004) | 91, 108 |
| *Franchitti v. Bloomberg, L.P.*, 2004 U.S. Dist. LEXIS 21071 (S.D.N.Y. 2004) | 111 |
| *Gad-Tadros v. Bessemer Venture Partners*, 326 F. Supp.2d 417 (E.D.N.Y. 2004) | 109, 119, 127 |
| *Givhan v. Western Consolidated School District*, 439 U.S. 410 (1979) | 109 |

*Gowins v. Greiner*, 2002 U.S. Dist. LEXIS 14098 (S.D.N.Y.) . . . . . . . . . . . . . . . 94

*Graham v. Long Island R.R.*, 230 F.3d 34 (2d Cir. 2000) . . . . . . . . . . . . . . . . . . 121

*Group Health Inc. v. Blue Cross Ass'n*, 625 F. Supp. 69
(S.D.N.Y. 1985), *appeal dismissed*, 793 F.2d 491(2d Cir. 1986),
*cert. denied*, 480 U.S. 930 (1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

*Hafer v. Melo*, 502 U.S. 21 (1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93 - 94

*Haines v. Kerner*, 404 U.S. 519 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

*Harris v. Forklift*, 510 U.S. 17 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119

*Harris v. Safir*, 186. F.3d 243 (2d Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

*Hayut v. State Univ. of N.Y.*, 352 F.3d 733 (2d Cir. 2003). . . . . . . . . . . . . . . . . 118

*Hishon v. King & Spalding*, 467 U.S. 69 (1984) . . . . . . . . . . . . . . . . . . . . . . . . 91

*Hrubec v. City of New York*, 1995 U.S. Dist. LEXIS 10029
(S.D.N.Y. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

*Huminski v. Corsones*, 396 F.3d 53 (2d Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . 113

*Ippolito v. Meisel*, 958 F. Supp. 155 (S.D.N.Y. 1997) . . . . . . . . . . . . . . . . . . . . 95

*Jemmont v. Coughlin*, 85 F.3d 61 (2d Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . 118, 126

*Johnson v. Ganim*, 342 F.3d 105 (2d Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . 109, 114

*Johnson, v. Goord*, 2004 U.S. Dist. LEXIS 19658 (S.D.N.Y.) . . . . . . . . . . . . . . 94

*Kentucky v. Graham*, 473 U.S. 159 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94 - 95

*Konits, v. Valley Stream Central High School District*,
394 F.3d 121 (2d Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

*Kramer v. Time Warner Inc.*, 937 F.2d 767 (2d Cir. 1991) . . . . . . . . . . . . . . . . 90

*Lapides v. Bd. of Regents of the Univ. Sys. of Georgia*,
535 U.S. 613 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

*Leatherman v. Tarrant County Narcotics Intelligence and
Coordination Unit*, 507 U.S. 163 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . 90 - 91, 108

*Levine v. McCabe*. 357 F.Supp. 608 (E.D.N.Y. 2005) . . . . . . . . . . . . . . . . . . . . 123

*Mandell v. County of Suffolk*, 316 F.3d 368 (2d Cir. 2003) . . . . . . . . . . . . . . . . 119, 121, 127

*Memphis, Tenn. Area Local, Am. Postal Workers Union v. City of
Memphis*, 361 F.3d 898 (6th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . 91, 108

*Oliver Schools, Inc. v. Foley*, 930 F.2d 248 (2d Cir. 1991) . . . . . . . . . . . . . . . . 94

*Oncale v. Sundowner Offshore Servs., Inc.*, 523 U.S. 75 (1998) . . . . . . . . . . . . 100

*Ortiz v. Cornetta*, 867 F.2d 146 (2d Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . 90, 121

*Patterson v. County of Oneida*, 375 F.3d 206 (2d Cir. 2004) . . . . . . . . . . . . . . . 118, 126

*Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89 (1984) . . . . . . . . . . . 94

*Phillips v. Girdich*, 408 F.3d 124 (2d Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . 90

*Pratts v. Coombe*, 2003 U.S. App. LEXIS 4064 (2d Cir. 2003) .............. 122

*Matter of Raab*, 100 N.Y.2d 305 (2003) ................................. 103

*Raniola v. Bratton*, 243 F.3d 610 (2d Cir. 2001) ......................... 121

*Richardson v. New York State Dep't of Correctional Serv.*,
   180 F.3d 426 (2d Cir. 1999) ........................................ 120

*Rodriguez v. Phillips*, 66 F.3d 470 (2d Cir. 1995) ....................... 95

*Romer v. Morgenthau*, 119 F.Supp. 2d 346 (S.D.N.Y. 2000) .............. 94 - 95

*Rounseville v. Zahl*, 13 F.3d 625 (2d Cir. 1994) ......................... 108

*Rumala v. New York City Transit Authority*,
   2005 U.S. Dist. LEXIS 19766 (E.D.N.Y.) ............................. 122

*Schiff v. Kerrigan*, 625 F. Supp. 704 (D. Conn. 1986) .................... 95

*Schwapp v. Town of Avon*, 118 F.3d 106 (2d Cir. 1997) .................. 120 - 121

*Shabazz v. Coughlin*, 852 F.2d 697 (2d Cir. 1988) ....................... 95

*Shalaby v. Saudi Arabian Airlines*, 1998 U.S. Dist. LEXIS 17571 (S.D.N.Y.) ... 92

*Sheppard v. Beerman*, 18 F.3d 147 (2d Cir. 1994) ....................... 30

*Sheppard v. Beerman*, 911 F.Supp. 606 (E.D.N.Y. 1995) ................. 31

*Sheppard v. Beerman*, 94 F.3d 823 (2d Cir. 1996) ....................... 32, 77, 83, 109, 111 - 113, 115 - 116

*Sheppard v. Beerman*, 317 F.3d 351 (2d Cir. 2003) ...................... 32, 113

*Silverman v. City of New York*, 2001 U.S. Dist. LEXIS 2631 (E.D.N.Y.) ....... 91

*Matter of Spargo v. New York State Comm'n on Judicial
   Conduct*, 803 N.Y.S.2d 742 (3d Dept. 2005) ......................... 103

*Swierkiewicz v. Sorema, N.A.*, 534 U.S. 506 (2002) ...................... 90, 123, 128

*Tapia-Ortiz v. Doe*, 171 F.3d 150 (2d Cir. 1999) ......................... 90

*Tomka v. Seiler Corp.*, 66 F.3d 1295 (2d Cir. 1995) ...................... 119, 127

*Warren v. District of Columbia*, 353 F.3d 36 (D.C. Cir. 2004) .............. 91

*Washington v. County of Rockland*, 373 F.3d 310 (2d Cir. 2004) ........... 122

*West v. Atkins*, 487 U.S. 42 (1988) ..................................... 117, 126

*Whidbee v. Garzarelli Food Specialties, Inc.*, 223 F.3d 62 (2d Cir. 2000) ..... 120 - 121

*Wilson v. Beebe*, 770 F.2d 578 (6th Cir. 1985) ........................... 95

*Ying Jing Gan v. City of New York*, 996 F.2d 522 (2d Cir. 1993) ........... 94

**Statutes and Rules**

22 NYCRR Part 100 ................................................. 102

42 U.S.C. § 1981 ................................................... 93

| | |
|---|---|
| 42 U.S.C. § 1983 | passim |
| 42 U.S.C. § 2000e et seq. | 118, 126 - 127 |
| Fed R. Civ. Proc. 8. | 91 |
| Fed R. Civ. Proc. 12(b)(6) | passim |
| Local Rule 12.1 | 98 |
| Local Rule 56.2 | 98 |
| NYSHRL § 296 *et. seq.* | 117 - 118, 125 - 127 |
| NYCHRL § 801 *et. seq.* | 117 - 118, 125 - 127 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JUDITH B. MEMBLATT,

                                Plaintiff,

                                                                       **Affidavit of Service**
                                                                       **05 CV 1021 (SLT) (LB)**

                -against-

                                                                       <u>Pro Se</u>

JAIME A. RIOS, et al.,

                                Defendants.
------------------------------------------------------------------x

        I, Judith B. Memblatt, the plaintiff herein, declare under penalty of perjury that on January 3, 2006, I served the within Table of Authorities (for Memorandum of Law in Opposition to Motions to Dismiss) upon defendants Jaime A. Rios, Steven W. Fisher, Jonathan Lippman, Lauren DeSole, Anthony D'Angelis, Robert W. Garner, Sandra Newsome and Heidi Higgins by depositing two true copies (and the original for filing) thereof enclosed in a sealed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to the attorney for said defendants at the office address of said attorney as follows:

Constantine A. Speres,
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271

                                                                                */s/ Judith B. Memblatt*
                                                                           JUDITH B. MEMBLATT
                                                                           Plaintiff Pro Se
                                                                           98-51 65th Avenue #2A
                                                                           Rego Park, NY 11374

Sworn to before me this
___3___ day of January 2006

*/s/ Warren Alan Lane*
Notary Public

WARREN ALAN LANE
Notary Public, State of New York
No. 01LA6102840
Qualified in Nassau County
Commission Expires December 08, 20 07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUDITH B. MEMBLATT,

                          Plaintiff,

                                                                   **Affidavit of Service**
                                                                   05 CV 1021 (SLT) (LB)
                      -against-

                                                                   <u>Pro Se</u>

JAIME A. RIOS, et al.,

                        Defendants.
-----------------------------------------------------------x

       I, Judith B. Memblatt, the plaintiff herein, declare under penalty of perjury that on December 31, 2005, I served the within Table of Authorities (for Memorandum of Law in Opposition to Motions to Dismiss) upon defendants Thomas J. Manton, Gerard J. Sweeney and Michael H. Reich by depositing a true copy thereof enclosed in a sealed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to the attorney for said defendants at the office address of said attorney as follows:

John E. Quinn, Esq.
Renfroe & Quinn
118-35 Queens Blvd.
14th Floor
Forest Hills, NY 11375

       I further declare under penalty of perjury that on December 31, 2005, I served the within Table of Authorities (for Memorandum of Law in Opposition to Motions to Dismiss) upon defendant Karen Koslowitz by depositing a true copy thereof enclosed in a sealed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within this State, addressed to the attorney for said defendant at the office address of said attorney as follows:

Madaleine S. Egelfeld, Esq.
125-10 Queens Blvd.
Suite 311
Kew Gardens, NY 11415

                                                                   */s/ Judith B. Memblatt*
                                                                  JUDITH B. MEMBLATT
                                                                  Plaintiff Pro Se
                                                                  98-51 65th Avenue #2A
                                                                  Rego Park, NY 11374

Sworn to before me this
_3_ day of January 2006

*/s/ Warren Alan Lane*
Notary Public

                 **WARREN ALAN LANE**
                 Notary Public, State of New York
                      No. 01LA6102840
                 Qualified in Nassau County
            Commission Expires December 08, 20_07_