**Judith B. Memblatt, Esq.**
98-51 65th Avenue #2A
Rego Park, NY 11374
646-239-2635

BY FAX and REGULAR MAIL
August 4, 2006

Judge Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:        Memblatt v. Rios, et al.
        Case No.  05 CV 1021 (RJD) (LB)

Dear Judge Dearie:

I am writing in response to the order issued today by your Honor, which directs me to respond to the letter to the Court of John E. Quinn, Esq., dated August 1, 2006. In that letter, Mr. Quinn advised the Court of the death of defendant Thomas J. Manton.

I spoke to Mr. Quinn's secretary yesterday and advised her that I will consent to adjourn the oral arguments that had been scheduled for August 17, 2006. She has informed me that, once Mr. Quinn ascertains the length of the adjournment that he is seeking, his office will contact me with that information. Thereafter, either he or I will advise the Court with respect to the date.

I am not consenting to dismiss the claims against Mr. Manton or his estate.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Judith B. Memblatt, Esq.
Plaintiff *Pro Se*

cc.    Honorable Lois Bloom
       United States Magistrate Judge

       Constantine A. Speres
       Assistant Attorney General

       Madaleine S. Egelfeld, Esq.

       John E. Quinn, Esq.

8/4/06

Attn: Alvin G.

cc.   Honorable Lois Bloom
      United States Magistrate Judge

      Constantine A. Speres
      Assistant Attorney General

      Madaleine S. Egelfeld, Esq.

      John E. Quinn, Esq.