# RENFROE & QUINN

ATTORNEYS AT LAW
118-35 QUEENS BOULEVARD
14TH FLOOR
FOREST HILLS, N.Y. 11375
*******************

**CHRISTOPHER RENFROE**
**JOHN E. QUINN**

TEL: (718) 575-8552
TEL: (718) 575-8553
TEL: (718) 263-2984
FAX: (718) 263-9465

August 8, 2006

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Death of Defendant Thomas J. Manton
               Case No.: 05 CV 1021 (RJD) (LB)

Dear Honorable Sir,

    Plaintiff has chosen to pursue the claims brought against the late Thomas J. Manton, against his Estate.

    Therefore, in light of the effect Mr. Manton's death has had on any such claim or a defense thereto, we agree the motions to dismiss all of plaintiff's claims must be adjourned at this juncture.

    Plaintiff requested an adjournment date in October. As a courtesy, my office contacted the counsel for all defendants and all sides have agreed to the date of October 26, 2006.

    Thank-you for your attention to this matter.

Sincerely,

John E. Quinn, Esq.

JEQ:cr

cc:    Judith Memblatt, Esq.,
        98-51 65th Avenue Apt. 2A, Rego Park, N.Y. 11374

        Madeleine S. Egelfeld, Esq.,
        125-01 Queens Blvd. Ste 311, N.Y. 11415

        AAG Constantine A. Speres, Office of the Attorney General,
        120 Broadway, New York, N. Y. 10271-0332

        Sally Unger, Esq.,
        217 Broadway, New York, NY 10007