# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**ELIOT SPITZER**
Attorney General

(212) 416-8567

**RICHARD RIFKIN**
Deputy Attorney General
State Counsel Division

December 5, 2006

**JAMES B. HENLY**
Assistant Attorney General in Charge
Litigation Bureau

BY HAND & ECF

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Memblatt v. Hon. Jaime A. Rios**
> 05 CV 1021 (RJD) (LB)

Dear Judge Bloom:

This office represents defendants the Honorable Jaime A. Rios, Lauren DeSole, Anthony D'Angelis, Robert W. Gardner, Sandra Newsome, and Heidi Higgins (collectively "State defendants") in the above-referenced action. I write to request a thirty (30) day extension of time to answer the complaint from December 6, 2006 to and including January 5, 2007. Plaintiff pro se consents to this request. This is the first request since State defendants' motion to dismiss the complaint was denied in part.

This extension of time is necessary to allow this office time to prepare a separate answer for each defendant to the complaint, which is ninety three (93) pages plus exhibits and contains two hundred sixty five (265) paragraphs.

Accordingly, it is respectfully requested that State defendants be granted until January 5, 2007 to serve and file their respective answers to the complaint.

Thank you for your attention to this matter.

Respectfully submitted,

Constantine A. Speres (CAS-9100)
Assistant Attorney General

cc.   Judith B. Memblatt (Via Express Mail)

      Honorable Raymond J. Dearie (By Hand)
      United States District Court Judge