UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUDITH B. MEMBLATT,

                                        Plaintiff,

                                                          **NOTICE OF MOTION**
                                                          **05 CV 1021 (RJD) (LB)**

        -against-

                                                          Pro Se

JAIME A. RIOS, et al.,

                                        Defendants.
------------------------------------------------------------x

        PLEASE TAKE NOTICE that upon the annexed memorandum of law, dated November

26, 2006, and all of the papers and proceedings had and held herein, plaintiff will move this

Court before the Honorable Raymond J. Dearie, United States District Court Judge, at the

United States District Court, E.D.N.Y., 225 Cadman Plaza East, Brooklyn, New York 11201, on

a date and at a time to be designated by the Court, for an order granting the relief as follows:

(1) recusal; (2) leave for reargument, reconsideration or renewal of the order of the Court filed

herein on November 20, 2006 solely to the extent that said order grants the motions of

defendants' Steven W. Fisher, Jonathan Lippman, Michael H. Reich, Gerard J. Sweeney, Karen

Koslowitz and Estate of Thomas J. Manton to dismiss the complaint and/or (3) for an order

granting leave to amend the complaint herein, as well as for such other and further relief as to

the Court seems just and proper.

Dated: Queens, New York
        November 26, 2006

                                        By: _____
                                             JUDITH B. MEMBLATT
                                             Plaintiff Pro Se
                                             98-51 65th Avenue #2A
                                             Rego Park, NY 11374

To:     JOHN E. QUINN, ESQ.
        Renfroe & Quinn
        118-35 Queens Boulevard
        14th Floor
        Forest Hills, New York 11375

RECEIVED
NOV 3 0 2006
PRO SE OFFICE

CONSTANTINE A. SPERES
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, New York 10271


MADALEINE S. EGELFELD, ESQ.
125-10 Queens Boulevard
Suite 311
Kew Gardens, New York 11415

**Judith B. Memblatt, Esq.**
98-51 65th Avenue  #2A
Rego Park, NY 11374
646-239-2635

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

November 29, 2006

Pro Se Office
Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 3 0 2006

BROOKLYN OFFICE

Re:          Memblatt v. Rios, et al.
Case No.   05 CV 1021 (RJD) (LB)

Dear Sir or Madam:

Enclosed please find the originals and four copies of the following papers:

(1)    Plaintiff's Notice of Motion dated November 26, 2006;
(2)    Memorandum of Law in Support of Plaintiff's Motions; and
(3)    Affidavit of Service dated November 26, 2006.

It is respectfully requested that you file these papers.

Please furnish me with a stamped copy of the aforementioned papers. I have enclosed a
stamped, self-addressed envelope for that purpose.

Thank you for your attention to this matter.

Sincerely,

Judith B. Memblatt, Esq.
Plaintiff *Pro Se*

Enc.