```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JUDITH B. MEMBLATT,

                    Plaintiff,
                                              05-CV-1021
          -against-                           (RJD)(LB)


JAIME A. RIOS, Associate Jusitce,
Appellate Term, Supreme Court, State
of New York, 2nd and 11th Judicial
Districts, STEVEN W. FISHER, Associate        NOTICE OF CROSS-MOTION
Justice, Appellate Division, Supreme          FOR RECONSIDERATION
Court, State of New York, 2nd Department,
JONATHAN LIPPMAN, Chief Administrative
Judge of the Courts of the State of
New York, LAUREN DeSOLE, Director of
the Division of Human Resources, New
York State Unified Court System, Office
of Court Administration, ANTHONY
D'ANGELIS, Chief Clerk, Supreme Court
State of New York, Queens County,
ROBERT W. GARDNER,  Major of Officers,
Supreme Court, State of New York,
SANDRA NEWSOME, Secretary to Judge,
Supreme Court, State of New York,
HEIDI HIGGINS, Secretary to Judge,
Supreme Court, State of New York,
KAREN KOSLOWITZ, Deputy Borough
President, County of Queens, City of
New York, THOMAS J. MANTON, GERARD
J. SWEENEY and MICHAEL H. REICH,

                    Defendants.

------------------------------------------X
```

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated December 6, 2006, and all prior pleadings and proceedings herein defendants, the Honorable Jaime A. Rios; Lauren DeSole; Anthony D'Angelis; Robert W. Gardner; Sandra Newsome; and Heidi Higgins (collectively "State Defendants") by their attorney, Eliot Spitzer, Attorney General for the State of New York, will

move this Court by submission before the Honorable Raymond J. Dearie, United States District Judge, at the United States Courthouse, located at located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting State defendants' cross-motion for an order pursuant to Federal Rules of Civil Procedure 59 and Local Rule 6.3 for reconsideration of this Court's Order, dated November 14, 2006, to the extent it did not dismiss plaintiff's Fifth, Sixth and Seventh Claims and defendants Higgins and Gardner from the case and for such other and further relief this court deems just and proper.

Dated:   New York, New York
         December 6, 2006

                                        Eliot Spitzer
                                        Attorney General of the
                                          State of New York
                                        <u>Attorney for State defendants</u>
                                        By:

                                                /s
                                        _____
                                        Constantine A. Speres (CAS-9100)
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York  10271
                                        (212) 416-8567

To:  Judith B. Memblatt
     Plaintiff <u>Pro Se</u>
     98-51 65th Avenue
     Apt. 2-A
     Rego Park, New York 11374

     Madeleine S. Egelfeld, Esq.
     Attorney for Defendant Koslowitz
     125-10 Queens Boulevard
     Suite 311
     Kew Gardens, New York 11415

John Quinn, Esq.
Renfroe & Quinn
Attorneys for Defendants Manton, Sweeney and Reich
118-35 Queens Boulevard
14th Floor
Forest Hills, N.Y. 11375

**DECLARATION OF SERVICE**

CONSTANTINE A. SPERES pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on December 6, 2006, I served the annexed Notice of Motion of Law on:

>Judith B. Memblatt
>Plaintiff <u>pro se</u>
>98-51 65th Avenue
>Apt. 2-A
>Rego Park, New York 11374
>
>Madeleine S. Egelfeld, Esq.
><u>Attorney for Defendant Koslowitz</u>
>125-10 Queens Boulevard
>Suite 311
>Kew Gardens, New York 11415
>
>John Quinn, Esq.
>Renfroe & Quinn
>Attorneys for Defendants Manton,
><u>Sweeney and Reich</u>
>118-35 Queens Boulevard
>14th Floor
>Forest Hills, N.Y. 11375

by depositing a true and correct copies thereof, properly enclosed in a postpaid wrapper for overnight delivery via Federal Express, in a Federal Express Box maintained at 120 Broadway, New York, New York 10271, directed to said person(s) at the address within the State designated by them for that purpose and/or in accordance with the Eastern District's Rules On Electronic Service.

/s
_____
CONSTANTINE A. SPERES

Executed On December 6, 2006