

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ELIOT SPITZER
Attorney General

(212) 416-8567

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

December 21, 2006

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

BY HAND AND ECF

Honorable Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  **Memblatt v. Hon. Jaime A. Rios et al.,**
           05 CV 1021 (RJD) (LB)

Dear Judge Dearie:

    This office represents defendants the Honorable Jaime A. Rios, the Honorable Jonathan Lippman, the Honorable Steven W. Fisher, Lauren DeSole, Anthony D'Angelis, Robert W. Gardner, Sandra Newsome, and Heidi Higgins (collectively "State defendants") in the above-referenced action.

    Enclosed please find a courtesy copies of the following:

(1) State defendants' Notice of Motion for Reconsideration;

(2) State defendants' Memorandum of Law in Support of their Motion for Reconsideration; and

(3) Plaintiff's Memorandum of Law in Opposition.

Thank you for your attention to this matter.

                              Respectfully submitted,

                              Constantine A. Speres (CAS-9100)
                              Assistant Attorney General

encl.

Hon. Raymond J. Dearie
December 21, 2006
Page 2


cc.   Judith B. Memblatt

      Honorable Lois Bloom
      United States Magistrate Judge