UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUDITH B. MEMBLATT,

                        Plaintiff,                      **ORDER**

-against-                            05 CV 1021 (RJD) (LB)

JAIME A. RIOS, et. al,

                        Defendants.
----------------------------------------------------------------X
DEARIE, District Judge.

      State defendants' cross-motion for reconsideration is denied with respect to defendants Rios, DeSole, D'Angelis, and Newsome. The Court reserves decision with respect to defendants Gardner and Higgins. The Court notes that state defendants have identified a number of apparent infirmities in plaintiff's case that go beyond the four corners of the pleadings and are best addressed on summary judgment.

SO ORDERED.
Dated: Brooklyn, New York
      January 4, 2007

                                              s/ Judge Raymond J. Dearie
                                              _____
                                              RAYMOND J. DEARIE
                                              United States District Judge