UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JUDITH B. MEMBLATT,

                               Plaintiff,

-against-

JAIME A. RIOS, et al.,

                              Defendants.
-----------------------------------------------------------------x

**STIPULATION**
**05 CV 1021 (RJD) (LB)**

<u>Pro Se</u>

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

that the instant action is hereby discontinued pursuant to Rule 41(a) of the Federal

Rules of Civil Procedure.

Dated:  February 20, 2007

By: _____
      JUDITH B. MEMBLATT
      Plaintiff Pro Se

By: _____
      CONSTANTINE A. SPERES
      Assistant Attorney General
      State of New York
      Attorney for Defendants